IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re                            : Chapter 11
                                 :
WERNER HOLDING CO. (DE), INC., *et al.*, : Case No. 06-10578 (KJC)
                                 :
    Debtors.                     : Jointly Administered
                                 :
---------------------------------x Ref. Docket No. 1446

## FOURTH ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of a fourth order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), further extending the Debtors' exclusive periods to file a chapter 11 plan and to solicit acceptances of such plan; and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

2. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Any responses or objections to the Motion that have not been previously withdrawn or otherwise resolved are hereby overruled and denied.

DB02:5961598.1                                                      065391.1001

4. The Debtors' Exclusive Filing Period shall be extended through and including June 30, 2007.

5. The Debtors' Exclusive Solicitation Period shall be extended through and including August 1, 2007.

6. In the event that the Debtors did not file a chapter 11 plan on or before May 29, 2007, as provided in the Sale Stipulation, the Committee shall be granted co-exclusivity with the Debtors with respect to the Exclusive Filing Period from May 30, 2007 through June 30, 2007 and with respect to the Exclusive Solicitation Period from July 17, 2007 through August 1, 2007.

7. The entry of this Order shall be without prejudice to the rights of the Debtors, or the rights of the Debtors in connection with the Committee, to request further extensions of the Exclusive Periods or to seek other appropriate relief.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       June 14, 2007

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE