IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| WERNER HOLDING CO. (DE), Inc., et al., | ) Case No.: 06-10578 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket Nos. 1635, 1636** |
| | ) |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION FOR RELIEF FROM ORDER (1) APPROVING SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (2) AUTHORIZING AND APPROVING THE PURCHASE AGREEMENT (3) APPROVING ASSUMPTION AND ASSIGNMENT AND SALE OF CERTAIN CONTRACTS AND LEASES; (4) AUTHORIZING THE EXEMPTION OF THE SALE FROM STAMP AND SIMILAR TAXES AND (5) GRANTING RELATED RELIEF**

Upon consideration of the Motion to Shorten Notice and Response (the "Motion to Shorten") to Motion For Relief From Order (1) Approving Sale Of Substantially All Of Debtors' Assets Free And Clear Of Liens, Claims, Interests And Encumbrances; (2) Authorizing And Approving The Purchase Agreement; (3) Approving Assumption And Assignment And Sale Of Certain Contracts And Leases; (4) Authorizing The Exemption Of The Sale From Stamp And Similar Taxes And (5) Granting Related Relief (the "Motion"); the Court having determined that the relief requested in the Motion to Shorten is appropriate; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due diligence thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED[1].

2. Saint-Gobain is authorized to submit the Motion with shortened notice.

---

[1] Terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

#8728781 v1

-2-

3. The Motion will be heard at the August 1, 2007 hearing at 2:00 pm.

4. Any objections to the Motion must be filed and served so as to be <u>received</u> on or before July 31, 2007 at 4:00 pm (prevailing Eastern time).

Dated: July 24, 2007
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

-2-

#8728781 v1