# EXHIBIT B

## ROTHSCHILD INC. BIOGRAPHIES

**Neil Augustine, Managing Director**, has experience both investing in and advising troubled companies and their creditors. Over the last 18 years, Mr. Augustine's transactions experience has ranged from out-of-court restructurings to in-court insolvencies in the U.S., Europe, Canada and Mexico. His merger and acquisition experience includes both plain vanilla and troubled company buyside and sellside assignments as well as Special Committee Representations. On the financing front, Mr. Augustine's expertise includes Debtor-in-Possession financings, secured bank debt, exit financing, second lien loans, convertible notes, rights offerings and preferred stock investments. Mr. Augustine has also prepared various fairness opinions and valuation reports.

Prior to joining Rothschild, Mr. Augustine was the Group Portfolio Manager for the Distressed Debt Group of Morgens, Waterfall, Vintiadis & Company Inc. ("MWV"), a New York based S.E.C. registered investment advisor with approximately $1 billion of capital. While at MWV, Mr. Augustine was actively involved in the acquisition of United Artists Theatre Company by The Anschutz Companies and the restructuring of Safeguard Business Systems, Inc., among others. Previously, Mr. Augustine was the Director of Distressed Debt Research at Lehman Brothers, Inc. and was the Director of Research at Whippoorwill Associates, Inc., a $600 million money management firm specializing in the purchase of claims in financially troubled companies.

Mr. Augustine began his career at Chemical Bank where he was actively involved in advising both debtors and creditors as well as providing debtor-in-possession financing. Prior to entering the principal business, Mr. Augustine was one of the founding members of The Blackstone Group's Restructuring and Reorganization Financial Advisory Department. Some of his more notable transactions, while at Blackstone, included Leasway Transportation Corporation, America West Airlines, Trans World Airlines, The Kendall Company and The Leslie Fay Companies, Inc

Mr. Augustine is currently advising Werner Ladder, PRG-Schultz, the Special Committee of the Board of Footstar Inc., Innovative Communications, Cadence Innovations, Atlantic Express and the Transaction Committee of Doral Financial and recently completed the recapitalizations of PRG-Schultz, New World Pasta, O'Sullivan Industries (secured noteholders), WestPoint Stevens Inc., Oxford Automotive (secured noteholders), Wet Seal, Cydsa, Corporación Durango, Atlantic Express Transportation Corp., IMG, Mpower Communications Corp., Microcell Telecommunications Inc., SANLUIS Corporación and the sale of New World Pasta, Cabovisão – Televisão por Cabo, Viasystems' Wire Harness Division, International Wire's Insulated Division and Tire Rack.

Mr. Augustine holds a Bachelor of Arts degree and an M.B.A. from the University of Rochester. He previously served on the boards of United Artists Theatre Company, Safeguard Business Systems, Inc., The Grand Union Company and American Blind and Wallpaper Factory, Inc.

**Bernard Douton, Director**, has over 15 years of investment banking experience. Mr. Douton is currently based in Rothschild's New York office after having spent three years in the London office helping to build Rothschild's European restructuring practice. Prior to moving to London in January 2002, Mr. Douton was a member of Rothschild's New York restructuring group. In the US and Europe, he has represented a diverse group of companies, secured and unsecured creditors and official committees on both in-court and out-of-court restructurings, including advising an ad hoc committee of creditors of Eurotunnel, the secured creditors of Oxford Automotive, a global auto parts manufacturer, Greycoat Limited, a UK property company, Cirio, an Italian food company, TXU Europe, the UK subsidiary of the US energy company TXU, the bondholders of Jazztel, a Spanish altnet and Cable Satisfaction/Cabovisão, a Portuguese cable operator.

In addition, Mr. Douton has advised Heartland Steel on its sale to CSN, Service Merchandise on its chapter 11 proceedings, Bedford Fair Industries on its sale to Fingerhut, HomePlace in its merger with Waccamaw, Wheeling-Pittsburgh Steel in its chapter 11 proceedings, the bondholders of Geneva Steel and Transtel, the senior lenders of Tokheim and LaRoche Industries and the Official Creditors Committees of Bradlees and Today's Man.

Mr. Douton joined Rothschild in 2000 from Peter J. Solomon Company, where, as a founding member of the restructuring group, he worked from 1996 to 2000. Prior to working at Peter J. Solomon Company, Mr. Douton worked for Lazard Freres & Co. At Lazard, Mr. Douton worked on a broad range of transactions, including restructurings, mergers, acquisitions divestitures and public and private debt and equity financings, for financial institutions and real estate and leisure companies.

Mr. Douton holds an A.B. in Economics, with Honors, from Harvard College.

**Carlos Orellana, Associate**, is a member of the New York Restructuring Group with 4 years of financial restructuring and M&A advisory experience.

Clients include Werner Holdings, Westpoint Stevens, Thermadyne, Spiegel, Cydsa, Pacific Gas & Electric, Swissport, Grupo FCC and Codere.

**Brett Adamczyk, Anaylst**, is a member of Rothschild's restructuring group. Mr. Adamczyk joined Rothschild in 2005. Mr. Adamczyk holds a Bachelor of Science degree, cum laude, with a concentration in Finance, from Babson College.