# EXHIBIT C

# Invoice

**Invoice**    0906 NAA WRN1

**Date**    26 September 2006

**❋ R ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**    Steven P. Richman
Chief Executive Officer

| | |
|---|---:|
| Monthly advisory fee:  June 12, 2006 – June 30, 2006 (pro-rated) | $ 95,000.00 |
| Monthly advisory fee:  July 1, 2006 – July 31, 2006 | 150,000.00 |
| Monthly advisory fee:  August 1, 2006 – August 31, 2006 | 150,000.00 |
| Financing Fee: [1] | 990,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 1,108,000.00 |
| Out-of-pocket expenses: | 21,879.11 |
| Less previously paid monthly advisory fee for June 2006 | (95,000.00) |
| **Total Due** | **$1,034,879.11** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

---

[1] Payable January 1, 2007.

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $  5,906.55 |
| Taxis | 4,548.97 |
| Hotel | 897.83 |
| Legal | 1,201.50 |
| Miscellaneous | 291.71 |
| Meals | 1,212.99 |
| Word Processing | 685.58 |
| Copies | 6,597.00 |
| Research/Database | 308.74 |
| Telephone/Communications | 165.98 |
| Courier Services | 62.26 |
| **Total** | $ 21,879.11 |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/12/06 | NY/Wilmington/NY - rail | New York, NY | $340.00 | Vendor | B. Douton |
| 06/12/06 | Tzell service charge | New York, NY | 25.00 | Vendor | B. Douton |
| 06/22/06 | NY/Wilmington/NY - rail | New York, NY | 329.00 | Vendor | B. Douton |
| 06/22/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Douton |
| 06/22/06 | NY/Wilmington/NY - rail | New York, NY | 364.00 | Vendor | N. Augustine |
| 06/22/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 06/26/06 | NY/Dallas/El Paso/NY | New York, NY | 1,580.70 | Vendor | N. Augustine |
| 06/26/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 06/30/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Adamczyk |
| 06/30/06 | Springfield/NY | New York, NY | 50.00 | Vendor | B. Adamczyk |
| 07/05/06 | Airline service charge | New York, NY | 50.00 | Vendor | B. Douton |
| 07/06/06 | NY/Chicago/NY | New York, NY | 1,518.60 | Vendor | B. Douton |
| 07/06/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Douton |
| 07/10/06 | Ticket refund - rail | New York, NY | -86.40 | Vendor | N. Augustine |
| 07/13/06 | Tzell service charge | New York, NY | 25.00 | Vendor | N. Augustine |
| 07/13/06 | CT/Wilmington/CT | New York, NY | 244.00 | Vendor | N. Augustine |
| 07/13/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 07/14/06 | Ticket refund | New York, NY | -759.30 | Vendor | B. Douton |
| 07/18/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 07/18/06 | Tzell service charge | New York, NY | 20.00 | Vendor | N. Augustine |
| 07/24/06 | CT/Wilmington - rail | New York, NY | 188.00 | Vendor | N. Augustine |
| 07/24/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Douton |
| 07/24/06 | NY/Wilmington/NY - rail | New York, NY | 340.00 | Vendor | B. Douton |
| 08/07/06 | CT/Wilmington - rail | New York, NY | 134.00 | Vendor | N. Augustine |
| 08/07/06 | Phil/Detroit/Montreal (client portion) | New York, NY | 920.95 | Vendor | N. Augustine |
| 08/07/06 | Tzell service charge | New York, NY | 20.00 | Vendor | N. Augustine |
| 08/08/06 | NY/Wilmington - rail | New York, NY | 283.00 | Vendor | B. Douton |

**Total**      $5,906.55

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/12/06 | From train station to meeting | Wilmington, DE | $107.80 | Vendor | N. Augustine |
| 06/12/06 | From home to train station | New York, NY | $120.57 | Vendor | N. Augustine |
| 06/12/06 | Office/home/Package delivery to BD & NA | New York, NY | $194.72 | Vendor | B. Adamczyk |
| 06/12/06 | From office to home | New York, NY | $24.42 | Vendor | C. Orellana |
| 06/12/06 | From home to train station | New York, NY | $5.00 | Vendor | B. Douton |
| 06/13/06 | From home to train station | New York, NY | $136.80 | Vendor | N. Augustine |
| 06/13/06 | From train station to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 06/13/06 | From office to home | New York, NY | $8.00 | Vendor | C. Orellana |
| 06/14/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 06/15/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 06/18/06 | From office to home (wknd) | New York, NY | $7.00 | Vendor | C. Orellana |
| 06/18/06 | From home to office (wknd) | New York, NY | $11.50 | Vendor | C. Orellana |
| 06/19/06 | From office to home | New York, NY | $25.50 | Vendor | C. Orellana |
| 06/20/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 06/20/06 | From office to home | New York, NY | $24.48 | Vendor | C. Orellana |
| 06/21/06 | From office to home | New York, NY | $27.54 | Vendor | C. Orellana |
| 06/22/06 | From office to home | New York, NY | $35.80 | Vendor | B. Adamczyk |
| 06/22/06 | From home to train station | New York, NY | $104.35 | Vendor | N. Augustine |
| 06/22/06 | From train station to home | New York, NY | $104.35 | Vendor | N. Augustine |
| 06/24/06 | Package delivery to BD | New York, NY | $53.04 | Vendor | B. Douton |
| 06/24/06 | From office to home | New York, NY | $37.74 | Vendor | B. Adamczyk |
| 06/25/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 06/26/06 | From airport to hotel | Dallas, TX | $117.31 | Vendor | N. Augustine |
| 06/26/06 | From office to airport | New York, NY | $162.10 | Vendor | N. Augustine |
| 06/27/06 | From train station to court | Wilmington, DE | $10.00 | Vendor | B. Douton |
| 06/27/06 | From meeting to train station | New York, NY | $247.04 | Vendor | L. Friend (client) |
| 06/27/06 | From airport to office to meeting | New York, NY | $355.25 | Vendor | L. Friend (client) |
| 06/27/06 | From meeting to airport | New York, NY | $44.88 | Vendor | B. Douton |
| 06/28/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 06/28/06 | From airport to home | New York, NY | $201.50 | Vendor | N. Augustine |
| 06/29/06 | From office to home | New York, NY | $32.13 | Vendor | C. Orellana |
| 07/03/06 | From office to home | New York, NY | $27.54 | Vendor | C. Orellana |
| 07/04/06 | From office to home | New York, NY | $40.80 | Vendor | B. Adamczyk |
| 07/05/06 | From office to home | New York, NY | $30.60 | Vendor | B. Adamczyk |
| 07/05/06 | Package delivery to BD | New York, NY | $52.02 | Vendor | B. Adamczyk |
| 07/06/06 | From home to airport | New York, NY | $53.55 | Vendor | B. Douton |
| 07/06/06 | Package delivery to BD | New York, NY | $30.60 | Vendor | B. Adamczyk |
| 07/09/06 | From office to home (wknd) | New York, NY | $26.52 | Vendor | B. Adamczyk |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/09/06 | From home to office (wknd) | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 07/13/06 | From home to train station | Stamford, CT | $71.90 | Vendor | N. Augustine |
| 07/16/06 | From office to home | New York, NY | $69.36 | Vendor | B. Adamczyk |
| 07/18/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 07/18/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 07/19/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 07/20/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 07/20/06 | From office to home | New York, NY | $64.77 | Vendor | B. Adamczyk |
| 07/24/06 | From office to home | New York, NY | $8.00 | Vendor | C. Orellana |
| 07/25/06 | From train station to court | Wilmington, DE | $123.70 | Vendor | N. Augustine |
| 07/25/06 | From court to airport in Philedelphia | Wilmington, DE | $147.60 | Vendor | N. Augustine |
| 07/27/06 | From office to meeting | New York, NY | $10.00 | Vendor | C. Orellana |
| 07/29/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 07/30/06 | From office to home | New York, NY | $6.00 | Vendor | C. Orellana |
| 08/01/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 08/03/06 | From airport to meeting | Chicago, IL | $101.70 | Vendor | N. Augustine |
| 08/03/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 08/03/06 | From office to home 12.30 am | New York, NY | $7.00 | Vendor | C. Orellana |
| 08/04/06 | From Wilmington to Philedelphia | Wilmington, DE | $523.00 | Vendor | N. Augustine |
| 08/05/06 | From home to office (wknd) | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 08/07/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 08/07/06 | From meeting to home | Martha Vinyard, MI | $504.00 | Vendor | N. Augustine |
| 08/08/06 | From home to train station | Stamford, CT | $104.35 | Vendor | N. Augustine |
| 08/08/06 | From office to home | New York, NY | $8.00 | Vendor | C. Orellana |
| 08/08/06 | From train station to court | Wilmington, DE | $8.00 | Vendor | B. Douton |
| 08/10/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 08/13/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 08/15/06 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 08/18/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 08/21/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 08/22/06 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 08/22/06 | From office to home | New York, NY | $27.54 | Vendor | C. Orellana |

Total                          $4,548.97

# Werner Holding Company

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/12/06 | Hotel Dupont 1 night | Wilmington, DE | $251.90 | Vendor | B. Douton |
| 06/12/06 | Hotel Dupont 1 night | Wilmington, DE | 251.90 | Vendor | N. Augustine |
| 06/26/06 | Radisson 1 night | Dallas, TX | 113.85 | Vendor | N. Augustine |
| 06/27/06 | Hilton 1 night | El Paso, TX | 180.18 | Vendor | N. Augustine |
| 08/07/06 | Hotel Dupont 1 night | Wilmington, DE | $100.00 | Vendor | N. Augustine |
| Total | | | $897.83 | | |

**Legal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/19/06 | Debevoise & Plimpton | New York, NY | $1,201.50 | Vendor | Various |
| **Total** | | | $1,201.50 | | |

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jul-06 | Non-receipt expenses (supplies) | New York, NY | $288.46 | Vendor | B. Adamczyk |
| 8/8/06 | Non-receipt expenses (snack) | New York, NY | $3.25 | Vendor | B. Douton |
| Total | | | $291.71 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/12/06 | Working dinner | New York, NY | $24.31 | Vendor | B. Adamczyk |
| 06/12/06 | Traveling meal (dinner) | Wilmington, DE | 23.25 | Vendor | B. Douton |
| 06/13/06 | Traveling meal (b'fast) | Wilmington, DE | 6.25 | Vendor | N. Augustine |
| 06/15/06 | Working dinner | New York, NY | 24.98 | Vendor | B. Adamczyk |
| 06/18/06 | Working dinner | New York, NY | 25.05 | Vendor | B. Adamczyk |
| 06/19/06 | Working dinner | New York, NY | 25.25 | Vendor | C. Orellana |
| 06/20/06 | Working dinner | New York, NY | 22.79 | Vendor | C. Orellana |
| 06/20/06 | Working dinner | New York, NY | 25.01 | Vendor | B. Adamczyk |
| 06/22/06 | Working dinner | New York, NY | 14.03 | Vendor | B. Adamczyk |
| 06/24/06 | Working dinner | New York, NY | 19.03 | Vendor | B. Adamczyk |
| 06/25/06 | Working dinner | New York, NY | 24.59 | Vendor | B. Adamczyk |
| 06/26/06 | Working dinner | New York, NY | 24.85 | Vendor | C. Orellana |
| 06/26/06 | Working dinner | New York, NY | 24.98 | Vendor | B. Adamczyk |
| 06/28/06 | Working dinner | New York, NY | 19.06 | Vendor | B. Adamczyk |
| 06/28/06 | Working dinner | New York, NY | 25.00 | Vendor | C. Orellana |
| 07/04/06 | Working dinner | New York, NY | 25.09 | Vendor | B. Adamczyk |
| 07/05/06 | Working dinner | New York, NY | 23.69 | Vendor | B. Adamczyk |
| 07/06/06 | Working dinner | New York, NY | 24.07 | Vendor | B. Adamczyk |
| 07/09/06 | Working dinner (wknd) | New York, NY | 24.84 | Vendor | B. Adamczyk |
| 07/09/06 | Working b'fast & lunch (wknd) | New York, NY | 25.12 | Vendor | B. Adamczyk |
| 07/10/06 | Working dinner | New York, NY | 21.28 | Vendor | B. Adamczyk |
| 07/12/06 | Working dinner | New York, NY | 21.96 | Vendor | C. Orellana |
| 07/12/06 | Working dinner | New York, NY | 23.51 | Vendor | B. Adamczyk |
| 07/17/06 | Working dinner | New York, NY | 23.64 | Vendor | B. Adamczyk |
| 07/18/06 | Working dinner | New York, NY | 25.00 | Vendor | B. Adamczyk |
| 07/18/06 | Working dinner | New York, NY | 25.05 | Vendor | C. Orellana |
| 07/19/06 | Working dinner | New York, NY | 24.45 | Vendor | C. Orellana |
| 07/20/06 | Working dinner | New York, NY | 24.16 | Vendor | B. Adamczyk |
| 07/20/06 | Working dinner | New York, NY | 24.16 | Vendor | C. Orellana |
| 07/21/06 | Working dinner | New York, NY | 25.08 | Vendor | B. Adamczyk |
| 07/22/06 | Working dinner | New York, NY | 24.59 | Vendor | B. Adamczyk |
| 07/23/06 | Working dinner | New York, NY | 21.80 | Vendor | B. Adamczyk |
| 07/24/06 | Working dinner | New York, NY | 23.51 | Vendor | B. Adamczyk |
| 07/31/06 | Working dinner | New York, NY | 7.50 | Vendor | C. Orellana |
| 08/01/06 | Working dinner | New York, NY | 22.01 | Vendor | B. Adamczyk |
| 08/01/06 | Working dinner | New York, NY | 20.25 | Vendor | C. Orellana |
| 08/02/06 | Working dinner | New York, NY | 24.28 | Vendor | B. Adamczyk |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/14/06 | Working dinner | New York, NY | 13.57 | Vendor | B. Adamczyk |
| 08/15/06 | Lunch meeting | New York, NY | 225.65 | Vendor | C. Orellana, P. Fodale & Jeffries |
| 08/15/06 | Working dinner | New York, NY | 24.40 | Vendor | B. Adamczyk |
| 08/16/06 | Working dinner | New York, NY | 25.10 | Vendor | B. Adamczyk |
| 08/21/06 | Working dinner | New York, NY | 25.25 | Vendor | C. Orellana |
| 08/22/06 | Working dinner | New York, NY | 19.60 | Vendor | C. Orellana |
| 08/24/06 | Working dinner | New York, NY | 8.82 | Vendor | B. Adamczyk |
| 08/25/06 | Working dinner | New York, NY | 21.45 | Vendor | B. Adamczyk |
| 08/26/06 | Working dinner | New York, NY | 15.68 | Vendor | C. Orellana |

Total    $1,212.99

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/30/06 | Word processing | New York, NY | $64.50 | Vendor | Various |
| Jul-06 | Word processing | New York, NY | $130.00 | Vendor | Various |
| Aug-06 | Word processing | New York, NY | $491.08 | Vendor | Various |
| **Total** | | | $685.58 | | |

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/30/06 | Black, white & color copies | New York, NY | $693.60 | $0.10/per page BW & $1.00/per page Color | Various |
| Jul-06 | Black, white & color copies | New York, NY | $574.00 | $0.10/per page BW & $1.00/per page Color | Various |
| Aug-06 | Black, white & color copies | New York, NY | $5,329.40 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $6,597.00 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jul-06 | Research materials | New York, NY | $100.00 | Vendor | B. Adamczyk |
| Jul-06 | Research materials | New York, NY | 150.00 | Vendor | B. Adamczyk |
| 07/24/06 | Factiva | New York, NY | $2.15 | Vendor | Various |
| 07/31/06 | Thomson | New York, NY | $6.59 | Vendor | Various |
| Aug-06 | Research materials | New York, NY | $50.00 | Vendor | B. Adamczyk |

Total                                                          $308.74

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/13/06 | Outside fax | Wilmington, DE | $86.00 | Vendor | N. Augustine |
| 07/06/06 | Business call while flying | New York, NY | 65.00 | Vendor | B. Douton |
| 07/07/06 | Outside fax | Westerly, RI | $14.98 | Vendor | B. Douton |
| **Total** | | | $165.98 | | |

# Werner Holding Company

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/06/06 | Federal Express | New York, NY | $19.88 | Vendor | B. Adamczyk |
| 07/06/06 | Federal Express | New York, NY | 19.88 | Vendor | B. Adamczyk |
| 07/30/06 | Deluxe Delivery System | New York, NY | 22.50 | Vendor | Various |

**Total**      $62.26

# Invoice

**Invoice**   0906 NAA WRN1

**Date**   2 October 2006

**※R ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Steven P. Richman
Chief Executive Officer

| | |
|---|---:|
| Monthly advisory fee:  September 1, 2006 – September 30, 2006 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 27,468.47 |
| **Total Due** | **$147,468.67** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 5,163.80 |
| Taxis | 1,401.02 |
| Hotel | 453.72 |
| Legal | 12,183.01 |
| Miscellaneous | 281.85 |
| Meals | 332.34 |
| Word Processing | 354.58 |
| Copies | 5,416.80 |
| Research/Database | 650.00 |
| Telephone/Communications | 913.87 |
| Courier Services | 317.68 |
| **Total** | **$ 27,468.67** |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/17/06 | NY/Wilmington/NY - rail | New York, NY | 357.00 | Vendor | B. Douton |
| 08/17/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Douton |
| 08/30/06 | NY/Pittsburgh/NY | New York, NY | $1,564.60 | Vendor | N. Augustine |
| 08/30/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 08/30/06 | NY/ Pittsburgh | New York, NY | 946.30 | Vendor | B. Adamczyk |
| 08/30/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Adamczyk |
| 08/31/06 | Tzell service charge | New York, NY | 40.00 | Vendor | N. Augustine |
| 08/31/06 | Pittsburg /NY | New York, NY | 618.30 | Vendor | B. Adamczyk |
| 08/31/06 | Tzell service charge | New York, NY | 20.00 | Vendor | B. Adamczyk |
| 09/01/06 | Pittsburg /NY | New York, NY | 618.30 | Vendor | N. Augustine |
| 09/01/06 | Tzell service charge | New York, NY | 20.00 | Vendor | N. Augustine |
| 09/06/06 | Tzell service charge | New York, NY | 20.00 | Vendor | N. Augustine |
| 09/08/06 | NY/ San Francisco | New York, NY | 799.30 | Vendor | B. Adamczyk |
| 09/08/06 | Tzell service charge | New York, NY | 40.00 | Vendor | B. Adamczyk |

**Total**     $5,163.80

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/06/06 | From home to office (called back early from Boston) | New York, NY | $37.00 | Vendor | B. Adamczyk |
| 08/18/06 | From train station to court | Wilmington, DE | $10.00 | Vendor | B. Douton |
| 08/26/06 | Package delivery to NAA | New York, NY | $115.77 | Vendor | B. Adamczyk |
| 08/28/06 | From office to home | New York, NY | $25.50 | Vendor | C. Orellana |
| 08/29/06 | From airport to office | New York, NY | $103.53 | Vendor | B. Adamczyk |
| 08/29/06 | Package delivery to NAA | New York, NY | $140.76 | Vendor | B. Adamczyk |
| 08/29/06 | Package delivery to NAA (second time) | New York, NY | $137.45 | Vendor | B. Adamczyk |
| 08/29/06 | From office to home | New York, NY | $70.38 | Vendor | C. Orellana |
| 08/30/06 | From home to airport | New York, NY | $165.34 | Vendor | N. Augustine |
| 08/31/06 | From airport to home | New York, NY | $152.34 | Vendor | N. Augustine |
| 09/05/06 | From train station to meeting | New York, NY | $124.45 | Vendor | N. Augustine |
| 09/05/06 | From airport to home | New York, NY | $201.98 | Vendor | N. Augustine |
| 09/07/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 09/08/06 | From meeting to airport | New York, NY | $90.00 | Vendor | N. Augustine |

**Total** $1,401.02

# Werner Holding Company

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/30/06 | Hyatt 1 night | Pittsburgh, PA | $226.86 | Vendor | N. Augustine |
| 08/30/06 | Hyatt 1 night | Pittsburgh, PA | $226.86 | Vendor | B. Adamczyk |
| **Total** | | | $453.72 | | |

**Legal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/22/06 | Debevoise & Plimpton | New York, NY | $12,183.01 | Vendor | Various |
| **Total** | | | $12,183.01 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1065027

August 16, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number: 21689.1042

For Professional Services and Advice rendered from July 1, 2006 through July 31, 2006 in connection with
WERNER

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/07/06 | M Cronin | Attn to Werner committee comments and UST objection | 0.40 | 198.00 |
| 07/09/06 | R Hahn | Review UST Objection. | 0.40 | 340.00 |
| 07/09/06 | M Cronin | Review of UST objection; review of other DE retention apps; review of eng letter | 0.70 | 346.50 |
| 07/10/06 | R Hahn | TCFW M. Cronin re UST objection. | 0.20 | 170.00 |
| 07/10/06 | M Cronin | Attn to Werner retention objections and calls and emails per same | 6.10 | 3,019.50 |
| 07/10/06 | K Paik | Telephone Conference with M. Cronin re: assignment relating to retention fee dispute and research of dockets. | 0.40 | 166.00 |
| 07/11/06 | M Erosa | Conferences with M. Cronin and Delaware attorney service and obtained Rothschild filings in recent DE Ch. 11 cases | 3.00 | 675.00 |
| 07/11/06 | M Cronin | Review of historical retention information and prep of chart re same | 5.10 | 2,524.50 |
| 07/11/06 | J Irving | Review of past retention applications and engagement letters per chart of same | 1.50 | 742.50 |
| 07/11/06 | K Paik | Attention to M. Cronin's request re: researching DE cases per chart of historical information | 1.20 | 498.00 |
| 07/12/06 | R Hahn | Review emails re negotiations. | 0.20 | 170.00 |

22262404v1

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/12/06 | M Cronin | Calls and emails re retention and objection (1.8); review and comment on hearing script(1.); review and comment on revised order (.5) | 3.30 | 1,633.50 |
| 07/13/06 | M Cronin | Call from Willkie; review of bid/ask chart and emails re same | 0.40 | 198.00 |
| 07/18/06 | M Cronin | Attn to Email from B.A. W&S re historical case information | 0.10 | 49.50 |
| 07/19/06 | R Di Fede | Attn to cases re historical case information | 0.50 | 104.00 |
| 07/20/06 | R Daniel | Researched if certain historical debtor representations | 0.80 | 152.80 |
| 07/20/06 | R Di Fede | Attn to W&S research. | 1.00 | 208.00 |
| 07/20/06 | M Cronin | Review of W&S debtor cases, emails w/ library re same; review of search results. | 1.40 | 693.00 |
| 07/31/06 | M Cronin | Attn to emails re Rothschild historical charts. | 0.20 | 99.00 |
| | | Hours / Amount: | 26.90 | $11,987.80 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Word Processing - Non Network | 12.45 |
| Lawyer OT Expense - Meals | 38.21 |
| Other Database Services | 65.44 |
| Lexis Services | 79.11 |
| Disbursement Total: | $195.21 |

**Total this Matter :**        **$12,183.01**

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| PARTNER | | | |
| Richard F. Hahn | 0.80 | 850.00 | 680.00 |
| **TOTAL FOR PARTNER** | **0.80** | | **$680.00** |
| ASSOCIATE | | | |
| Maureen A. Cronin | 17.70 | 495.00 | 8,761.50 |
| James Grant Irving | 1.50 | 495.00 | 742.50 |
| Karen Yumi Paik | 1.60 | 415.00 | 664.00 |
| **TOTAL FOR ASSOCIATE** | **20.80** | | **$10,168.00** |
| LIBRARY | | | |
| Ronney Daniel | 0.80 | 191.00 | 152.80 |
| Robert Di Fede | 1.50 | 208.00 | 312.00 |
| **TOTAL FOR LIBRARY** | **2.30** | | **$464.80** |
| MANAGING ATTY | | | |
| Manuel L. Erosa | 3.00 | 225.00 | 675.00 |
| **TOTAL FOR MANAGING ATTY** | **3.00** | | **$675.00** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1065027

August 16, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

## Remittance Summary
(Payment Due Upon Receipt)

|  |  |
|---|---|
| Total Fees | $1,207.60 |
| Document Preparation, Communication, Other Charges and Disbursements | 64.64 |
| Total Amount Due | $1,272.24 |

### Remit Payment By:

**Wire Transfer**

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1065027

*Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

*Tax Identification Number 13 - 5537279*

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1065027

August 16, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---:|
| Total  Fees | $11,987.80 |
| Document Preparation, Communication, Other Charges and Disbursements | 195.21 |
| Total Amount Due | $12,183.01 |

### Remit Payment By:

**Check**

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

**Wire Transfer**

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1065027

*Tax Identification Number 13 - 5537279*

22262404v1

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Sep-06 | Non-receipt expenses (supplies) | New York, NY | $281.85 | Vendor | B. Adamczyk |
| Total | | | $281.85 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/29/06 | Traveling meal (dinner) | Los Angeles, CA | 50.55 | Vendor | B. Adamczyk |
| 08/30/06 | Traveling meal (dinner) | Pittsburgh, PA | 41.69 | Vendor | B. Adamczyk |
| 08/30/06 | Traveling meal (b'fast) | Pittsburgh, PA | $25.01 | Vendor | B. Adamczyk |
| 08/31/06 | Traveling meal (dinner) | Pittsburgh, PA | 42.74 | Vendor | B. Adamczyk |
| 09/01/06 | Working dinner | New York, NY | 23.90 | Vendor | B. Adamczyk |
| 09/02/06 | Dinner meeting | New York, NY | 106.99 | Vendor | B. Adamczyk & N. Augustine |
| 09/06/06 | Working dinner | New York, NY | 17.45 | Vendor | B. Adamczyk |
| 09/07/06 | Working dinner | New York, NY | 24.01 | Vendor | B. Adamczyk |

**Total**   $332.34

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/30/06 | Word processing | New York, NY | $354.58 | Vendor | Various |
| Total | | | $354.58 | | |

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/30/06 | Black, white & color copies | New York, NY | $5,416.80 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $5,416.80 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Sep-06 | Research materials | New York, NY | $100.00 | Vendor | B. Adamczyk |
| Sep-06 | Research materials | New York, NY | 50.00 | Vendor | B. Adamczyk |
| Sep-06 | Research materials | New York, NY | 100.00 | Vendor | B. Adamczyk |
| Sep-06 | Research materials | New York, NY | 150.00 | Vendor | C. Orellana |
| Sep-06 | Research materials | New York, NY | 150.00 | Vendor | C. Orellana |
| Sep-06 | Research materials | New York, NY | 100.00 | Vendor | C. Orellana |

**Total**      $650.00

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/02/06 | Conference call | New York, NY | $71.97 | Vendor | C. Orellana & 11 parties |
| 06/07/06 | Conference call | New York, NY | $47.40 | Vendor | C. Orellana & 7 parties |
| 06/07/06 | Conference call | New York, NY | $14.35 | Vendor | C. Orellana & 7 parties |
| 06/09/06 | Conference call | New York, NY | $41.95 | Vendor | C. Orellana & 9 parties |
| 06/11/06 | Conference call | New York, NY | $27.22 | Vendor | C. Orellana & 7 parties |
| 06/16/06 | Conference call | New York, NY | $69.96 | Vendor | C. Orellana & 11 parties |
| 06/19/06 | Conference call | New York, NY | $13.90 | Vendor | C. Orellana & 6 parties |
| 06/23/06 | Conference call | New York, NY | $74.62 | Vendor | C. Orellana & 5 parties |
| 06/28/06 | Conference call | New York, NY | $31.19 | Vendor | C. Orellana & 7 parties |
| 06/30/06 | Conference call | New York, NY | $59.21 | Vendor | C. Orellana & 15 parties |
| 07/14/06 | Conference call | New York, NY | $95.39 | Vendor | C. Orellana & 13 parties |
| 07/20/06 | Conference call | New York, NY | $31.94 | Vendor | C. Orellana & 5 parties |
| 07/21/06 | Conference call | New York, NY | $4.91 | Vendor | C. Orellana & 1 party |
| 07/21/06 | Conference call | New York, NY | $44.26 | Vendor | C. Orellana & 12 parties |
| 07/28/06 | Conference call | New York, NY | $3.15 | Vendor | C. Orellana & 11 parties |
| 07/28/06 | Conference call | New York, NY | $104.01 | Vendor | C. Orellana & 17 parties |
| 07/30/06 | Conference call | New York, NY | $30.99 | Vendor | C. Orellana & 8 parties |
| 07/31/06 | Conference call | New York, NY | $1.27 | Vendor | C. Orellana & 3 parties |
| 07/31/06 | Conference call | New York, NY | $1.63 | Vendor | C. Orellana & 2 parties |
| 07/31/06 | Conference call | New York, NY | $19.20 | Vendor | C. Orellana & 2 parties |
| 08/08/06 | Conference call | New York, NY | $16.94 | Vendor | C. Orellana & 1 party |
| 08/09/06 | Conference call | New York, NY | $32.88 | Vendor | C. Orellana & 6 parties |
| 08/09/06 | Conference call | New York, NY | $28.54 | Vendor | C. Orellana & 11 parties |
| 08/31/06 | Internet usage | Pittsburgh, PA | $9.99 | Vendor | B. Adamczyk |
| 08/31/06 | Outside fax | New York, NY | $37.00 | Vendor | N. Augustine |

**Total** $913.87

# Werner Holding Company

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/01/06 | Federal Express | New York, NY | $42.73 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | $40.34 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | $25.41 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | $38.23 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | $25.41 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | 44.73 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | 33.60 | Vendor | J. Neuland |
| 09/01/06 | Federal Express | New York, NY | 44.73 | Vendor | J. Neuland |
| 09/24/06 | Deluxe Delivery System | New York, NY | 22.50 | Vendor | Various |

**Total** $317.68

# Invoice

**Invoice**    1106 NAA WRN1

**Date**    28 November 2006

**❊ R ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**    Steven P. Richman
Chief Executive Officer

| | |
|---|---:|
| Monthly advisory fee: October 1, 2006 – October 31, 2006 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 38,169.70 |
| **Total Due** | **$158,169.70** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address 500 Stanton Christiana Road Newark, DE 19713 | Account Name: Account Number: ABA: | Rothschild Inc. 0 045 42 212 021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---|
| Travel | $ 20,897.00 |
| Taxis | 4,262.59 |
| Hotel | 2,586.55 |
| Legal | 7,181.22 |
| Miscellaneous | 142.00 |
| Meals | 1,322.11 |
| Word Processing | 243.75 |
| Copies | 13.30 |
| Research/Database | 1,202.87 |
| Telephone/Communications | 90.09 |
| Courier Services | 228.22 |
| **Total** | $ 38,169.70 |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/23/06 | El Paso/Dallas/NY | New York, NY | $1,001.10 | Vendor | C. Orellana |
| 08/23/06 | NY/El Paso | New York, NY | $767.60 | Vendor | C. Orellana |
| 08/23/06 | Tzell service charge | New York, NY | $40.00 | Vendor | C. Orellana |
| 08/30/06 | NY/Pittsburgh/NY | New York, NY | $1,564.60 | Vendor | C. Orellana |
| 08/30/06 | Tzell service charge | New York, NY | $40.00 | Vendor | C. Orellana |
| 08/31/06 | Tzell service charge | New York, NY | $20.00 | Vendor | C. Orellana |
| 09/07/06 | Ticket refund - rail | New York, NY | -$219.60 | Vendor | N. Augustine |
| 09/12/06 | San Francisco/Chicago | New York, NY | $1,434.60 | Vendor | B. Adamczyk |
| 09/12/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Adamczyk |
| 09/13/06 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Augustine |
| 09/13/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/13/06 | Los Angeles/Chicago | New York, NY | $451.30 | Vendor | B. Adamczyk |
| 09/13/06 | Chicago/NY | New York, NY | $769.30 | Vendor | C. Orellana |
| 09/13/06 | Tzell service charge | New York, NY | $40.00 | Vendor | C. Orellana |
| 09/13/06 | NY/Chicago | New York, NY | $451.30 | Vendor | C. Orellana |
| 09/14/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Adamczyk |
| 09/17/06 | From home to office - rail (wknd) | New York, NY | $108.00 | Vendor | B. Adamczyk |
| 09/18/06 | Ticket adjustment | New York, NY | $318.00 | Vendor | N. Augustine |
| 09/18/06 | Tzell service charge | New York, NY | $20.00 | Vendor | C. Orellana |
| 09/18/06 | NY/ Chicago/NY | New York, NY | $1,237.30 | Vendor | C. Orellana |
| 09/19/06 | NY/Chicago/NY | New York, NY | $919.30 | Vendor | B. Adamczyk |
| 09/19/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Adamczyk |
| 09/20/06 | NY/Chicago/NY | New York, NY | $1,538.60 | Vendor | B. Douton |
| 09/20/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 09/20/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/20/06 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Augustine |
| 09/20/06 | NY/Chicago/NY | New York, NY | $902.60 | Vendor | N. Augustine |
| 09/20/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/22/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/23/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 09/23/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 09/24/06 | Tzell service charge | New York, NY | $40.00 | Vendor | C. Orellana |
| 09/24/06 | NY/Chicago/NY | New York, NY | $1,370.60 | Vendor | C. Orellana |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/25/06 | Chicago/NY | New York, NY | $919.30 | Vendor | N. Augustine |
| 09/25/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/25/06 | NY/Chicago | New York, NY | $451.30 | Vendor | N. Augustine |
| 09/25/06 | NY/Chicago/NY | New York, NY | $1,538.60 | Vendor | B. Douton |
| 09/26/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 09/26/06 | NY/Los Angeles | New York, NY | $814.30 | Vendor | N. Augustine |
| 09/26/06 | Los Angeles/NY | New York, NY | $2,320.30 | Vendor | N. Augustine |
| 09/26/06 | NY/Chicago/NY | New York, NY | $1,538.60 | Vendor | B. Adamczyk |
| 09/26/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Adamczyk |

**Total**     $20,897.00

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/12/06 | From office to home | New York, NY | $27.56 | Vendor | C. Orellana |
| 08/07/06 | From office to home | New York, NY | $5.00 | Vendor | B. Douton |
| 08/14/06 | From office to home | New York, NY | $24.48 | Vendor | C. Orellana |
| 08/31/06 | From airport to office | New York, NY | $75.48 | Vendor | B. Adamczyk |
| 09/04/06 | From home to office (holiday) | New York, NY | $6.00 | Vendor | B. Douton |
| 09/11/06 | Parking fee | Los Angeles, CA | $45.60 | Vendor | B. Adamczyk |
| 09/13/06 | Rental car used during trip | San Francisco, CA | $162.20 | Vendor | B. Adamczyk |
| 09/14/06 | From airport to home | New York, NY | $163.56 | Vendor | N. Augustine |
| 09/17/06 | From office to home | New York, NY | $37.23 | Vendor | B. Adamczyk |
| 09/18/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 09/20/06 | From airport to hotel | Chicago, IL | $15.00 | Vendor | B. Douton |
| 09/20/06 | From hotel to meeting | Chicago, IL | $10.00 | Vendor | B. Douton |
| 09/20/06 | From airport to home | New York, NY | $152.34 | Vendor | N. Augustine |
| 09/20/06 | From home to airport | New York, NY | $213.02 | Vendor | N. Augustine |
| 09/20/06 | From home to airport | New York, NY | $55.90 | Vendor | B. Adamczyk |
| 09/20/06 | From home to airport | New York, NY | $51.51 | Vendor | B. Adamczyk |
| 09/21/06 | From hotel to company | Chicago, IL | $20.00 | Vendor | B. Douton |
| 09/21/06 | From company to hotel | Chicago, IL | $20.00 | Vendor | B. Douton |
| 09/21/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 09/22/06 | From airport to home | New York, NY | $45.00 | Vendor | B. Douton |
| 09/22/06 | From hotel to meeting | Chicago, IL | $20.00 | Vendor | B. Douton |
| 09/22/06 | From meeting to airport | Chicago, IL | $28.00 | Vendor | B. Douton |
| 09/22/06 | Package delivery to BID | New York, NY | $30.60 | Vendor | D. Grasso-Shandley |
| 09/23/06 | Package delivery to NAA in Vermont | New York, NY | $702.02 | Vendor | B. Adamczyk |
| 09/24/06 | From office to home (wknd) | New York, NY | $7.00 | Vendor | B. Douton |
| 09/24/06 | From home to office (wknd) | New York, NY | $7.00 | Vendor | B. Douton |
| 09/25/06 | From home to airport | New York, NY | $181.80 | Vendor | N. Augustine |
| 09/25/06 | From airport to home | New York, NY | $292.59 | Vendor | N. Augustine |
| 09/25/06 | From home to airport | New York, NY | $46.41 | Vendor | C. Orellana |
| 09/25/06 | From home to airport | New York, NY | $62.22 | Vendor | B. Douton |
| 09/25/06 | From home to airport | New York, NY | $56.61 | Vendor | C. Orellana |
| 09/25/06 | Package delivery to NAA | New York, NY | $146.63 | Vendor | B. Adamczyk |
| 09/26/06 | From home to airport | New York, NY | $192.80 | Vendor | N. Augustine |
| 09/26/06 | From meeting to airport | Chicago, IL | $145.30 | Vendor | B. Adamczyk |
| 09/26/06 | From airport to meeting | Chicago, IL | $145.30 | Vendor | B. Adamczyk |
| 09/26/06 | From airport to home | New York, NY | $52.53 | Vendor | B. Adamczyk |
| 09/26/06 | From home to airport | New York, NY | $60.69 | Vendor | B. Adamczyk |
| 09/27/06 | From airport to home | New York, NY | $187.83 | Vendor | N. Augustine |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/29/06 | From home to airport | New York, NY | $78.03 | Vendor | B. Adamczyk |
| 10/02/06 | From office to home | New York, NY | $31.62 | Vendor | L Bruch |
| 10/04/06 | From office to home | New York, NY | $33.66 | Vendor | B. Adamczyk |
| 10/04/06 | From office to home | New York, NY | $35.70 | Vendor | L Bruch |
| 10/06/06 | From home to airport | New York, NY | $412.56 | Vendor | N. Augustine |
| 10/08/06 | From home to office (wknd) | New York, NY | $7.00 | Vendor | B. Douton |
| 10/15/06 | Package delivery to NAA | New York, NY | $115.77 | Vendor | B. Adamczyk |

Total                                                                                $4,262.59

# Werner Holding Company

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/23/06 | Hilton 1 night | El Paso, TX | $180.18 | Vendor | C. Orellano |
| 08/24/06 | Hyatt 1 night | Dallas, TX | $207.20 | Vendor | C. Orellano |
| 08/30/06 | Hyatt 1 night | Pittsburgh, PA | $226.86 | Vendor | B. Adamczyk |
| 09/11/06 | W Hotel 1 night | Los Angele, CA | $477.85 | Vendor | B. Adamczyk |
| 09/12/06 | Park Hyatt 1 night | Los Angele, CA | $399.19 | Vendor | N. Augustine |
| 09/20/06 | Westin O'Hare 1 night | Chicago, IL | $348.04 | Vendor | B. Douton |
| 09/21/06 | Westin O'Hare 1 night | Chicago, IL | $348.04 | Vendor | B. Douton |
| 09/26/06 | Park Hyatt 1 night | Los Angele, CA | $399.19 | Vendor | N. Augustine |

Total                     $2,586.55

**Legal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/18/06 | Debevoise & Plimpton | New York, NY | $7,181.22 | Vendor | Various |
| **Total** | | | $7,181.22 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1066964

September 18, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
### (Payment Due Upon Receipt)

| | |
|---|---|
| Total Fees | $6,676.00 |
| Document Preparation, Communication, Other Charges and Disbursements | 505.22 |
| Total Amount Due | $7,181.22 |

### *Remit Payment By:*

*Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

Wire Transfer

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1066964

*Tax Identification Number 13 - 5537279*

22277720v2

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Richard F. Hahn | 0.40 | 850.00 | 340.00 |
| **TOTAL FOR PARTNER** | **0.40** | | **$340.00** |
| **ASSOCIATE** | | | |
| Maureen A. Cronin | 14.30 | 495.00 | 6,336.00 |
| **TOTAL FOR ASSOCIATE** | **14.30** | | **$6,336.00** |

22277720v2

| Disbursement & Other Charges: | Amount |
|---|---|
| Word Processing - Non Network | 24.90 |
| Lawyer OT Expense - Meals | 7.00 |
| Lawyer OT Expense - Transportation | 27.40 |
| Other Database Services | 83.56 |
| Duplicating | 0.80 |
| Network Word Processing | 19.36 |
| Lawyer Travel | 249.70 |
| Document Retrieval Service | 42.50 |
| Document Retrieval Service | 50.00 |
| Disbursement Total: | $505.22 |

| | |
|---|---|
| Total this Matter : | $7,181.22 |

22277720v2

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

Invoice Number: 1066964

September 18, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number: 21689.1042

For Professional Services and Advice rendered from August 1, 2006 through August 31, 2006 in connection with WERNER

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 08/01/06 | M Cronin | Attn to calls and emails w/ Willkie re retention | 0.30 | 148.50 |
| 08/02/06 | R Hahn | TCFW M. Cronin re order. | 0.20 | 170.00 |
| 08/02/06 | M Cronin | Call w/ RFH and JBR re retention chart and review of order re same | 0.50 | 247.50 |
| 08/03/06 | M Cronin | Review of objection response and calls and emails re same | 1.60 | 792.00 |
| 08/03/06 | R Hahn | TCFW M. Cronin re issues. | 0.20 | 170.00 |
| 08/04/06 | M Cronin | Review of revised comp charts for hearing prep | 0.70 | 346.50 |
| 08/07/06 | M Cronin | Mtg at Willkie re hearing prep (2); calls and emails re hearing, response and charts (.6) | 2.60 | 1,287.00 |
| 08/08/06 | M Cronin | Travel to and from DE for hearing (3) - Billed at 50% | 3.00 | 742.50 |
| 08/08/06 | M Cronin | Revisions to charts and testimony outline for hearing and emails re same (2.5); attend hearing and settlement discussions (3.0) | 5.50 | 2,722.50 |
| 08/14/06 | M Cronin | Attn to final order | 0.10 | 49.50 |
| | | Hours / Amount: | 14.70 | $6,676.00 |

22277720v2

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: August 1, 2006 through August 31, 2006*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*


*September 18, 2006*


*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*               *Invoice No.: 1066964*


**Total Fees**                                                          **$6,676.00**

**Document Preparation, Communication, Other Charges and Disbursements**          **505.22**

**Total Amount Due**                                                  **$7,181.22**

22277720v2

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/11/06 | Non-receipt expenses | New York, NY | $12.00 | Vendor | B. Adamczyk |
| Oct-06 | Non-receipt expenses (supplies) | New York, NY | $130.00 | Vendor | B. Adamczyk |
| **Total** | | | $142.00 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/23/06 | Traveling meal (b'fast) | El Paso, TX | $23.94 | Vendor | C. Orellana |
| 08/23/06 | Traveling meal (lunch) | El Paso, TX | $22.38 | Vendor | C. Orellana |
| 08/24/06 | Traveling meal (dinner) | Dallas, TX | $47.88 | Vendor | C. Orellana |
| 08/30/06 | Traveling meal (dinner) | Pittsburgh, PA | $156.39 | Vendor | C. Orellana, N. Augustine & B. Adamczyk |
| 08/31/06 | Traveling meal (lunch) | El Paso, TX | $9.38 | Vendor | C. Orellana |
| 09/08/06 | Traveling meal (b'fast) | New York, NY | $4.29 | Vendor | B. Douton |
| 09/11/06 | Traveling meal (b'fast) | Los Angeles, CA | $39.77 | Vendor | B. Adamczyk |
| 09/12/06 | Traveling meal (b'fast) | Chicago, IL | $14.32 | Vendor | C. Orellana |
| 09/14/06 | Working dinner | New York, NY | $25.00 | Vendor | C. Orellana |
| 09/14/06 | Working dinner | New York, NY | $8.45 | Vendor | B. Adamczyk |
| 09/17/06 | Working dinner | New York, NY | $24.59 | Vendor | B. Adamczyk |
| 09/18/06 | Working dinner | New York, NY | $23.90 | Vendor | B. Adamczyk |
| 09/19/06 | Working dinner | New York, NY | $25.00 | Vendor | B. Adamczyk |
| 09/19/06 | Traveling meal (dinner) | Chicago, IL | $62.90 | Vendor | B. Douton |
| 09/20/06 | Traveling meal (lunch) | Chicago, IL | $12.30 | Vendor | C. Orellana |
| 09/20/06 | Traveling meal (b'fast) | New York, NY | $10.19 | Vendor | C. Orellana |
| 09/21/06 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamczyk |
| 09/21/06 | Traveling meal (dinner) | Chicago, IL | $100.00 | Vendor | B. Douton |
| 09/22/06 | Traveling meal (b'fast) | Chicago, IL | $10.20 | Vendor | B. Douton |
| 09/23/06 | Working dinner | New York, NY | $25.09 | Vendor | B. Adamczyk |
| 09/23/06 | Working dinner | New York, NY | $24.94 | Vendor | C. Orellana |
| 09/24/06 | Working dinner | New York, NY | $16.95 | Vendor | B. Adamczyk |
| 09/24/06 | Working dinner | New York, NY | $16.36 | Vendor | C. Orellana |
| 09/24/06 | Working dinner | New York, NY | $2.00 | Vendor | B. Adamczyk |
| 09/24/06 | Traveling meal (b'fast) | New York, NY | $5.96 | Vendor | C. Orellana |
| 09/25/06 | Working dinner | New York, NY | $22.71 | Vendor | B. Adamczyk |
| 09/25/06 | Working dinner | Greenwich, CT | $40.45 | Vendor | N. Augustine |
| 09/27/06 | Traveling meal (dinner) | Los Angeles, CA | $13.91 | Vendor | N. Augustine |
| 09/28/06 | Working dinner | New York, NY | $23.42 | Vendor | B. Adamczyk |
| 09/28/06 | B'fast meeting | New York, NY | $94.76 | Vendor | NA, BD, BA & M. Feldman |
| 10/02/06 | Working dinner | New York, NY | $24.91 | Vendor | L Bruch |
| 10/02/06 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamczyk |
| 10/04/06 | Working dinner | New York, NY | $24.07 | Vendor | B. Adamczyk |
| 10/05/06 | Traveling meal (lunch) | Chicago, IL | $23.72 | Vendor | B. Adamczyk |
| 10/09/06 | Working dinner | New York, NY | $24.41 | Vendor | C. Orellana |
| 10/09/06 | Working dinner | New York, NY | $24.40 | Vendor | B. Adamczyk |
| 10/10/06 | Working dinner | New York, NY | $18.19 | Vendor | C. Orellana |

**Werner Holding Company**

**Meal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/11/06 | Working dinner | New York, NY | $22.01 | Vendor | B. Adamczyk |
| 10/15/06 | Working dinner | New York, NY | $17.78 | Vendor | L.Bruch |
| 10/16/06 | Working dinner | New York, NY | $23.85 | Vendor | B. Adamczyk |
| 10/16/06 | Working dinner | New York, NY | $20.59 | Vendor | C. Orellana |
| 10/17/06 | Working dinner | New York, NY | $21.61 | Vendor | C. Orellana |
| 10/17/06 | Working dinner | New York, NY | $24.09 | Vendor | B. Adamczyk |
| 10/18/06 | Working dinner | New York, NY | $24.40 | Vendor | C. Orellana |
| 10/19/06 | Working dinner | New York, NY | $25.15 | Vendor | B. Adamczyk |
| 10/23/06 | Working dinner | New York, NY | $19.94 | Vendor | B. Adamczyk |
| 10/28/06 | Working dinner | New York, NY | $25.06 | Vendor | B. Adamczyk |

Total    $1,322.11

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/01/06 | Word processing | New York, NY | $243.75 | Vendor | Various |
| **Total** | | | $243.75 | | |

**Werner Holding Company**

**Copy Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/01/06 | Black, white & color copies | New York, NY | $13.30 | $0.10/per page BW & $1.00/per page Color | Various |
| **Total** | | | $13.30 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Sep-06 | Research materials | New York, NY | $350.00 | Vendor | Various |
| Oct-06 | Research materials | New York, NY | $100.00 | Vendor | B. Adamczyk |
| Oct-06 | Research materials | New York, NY | $600.00 | Vendor | B. Adamczyk |
| Oct-06 | Research materials | New York, NY | $100.00 | Vendor | B. Adamczyk |
| 10/23/06 | Factiva | New York, NY | $20.77 | Vendor | Various |
| 10/23/06 | D&B | New York, NY | $32.10 | Vendor | Various |
| **Total** | | | $1,202.87 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/11/06 | Outside fax - on vacation | Key West, FL | $23.40 | Vendor | B. Douton |
| 08/31/06 | Internet usage | New York, NY | $6.00 | Vendor | C. Orellana |
| 08/31/06 | Conference call | New York, NY | $36.66 | Vendor | N. Augustine & 2 parties |
| 09/11/06 | Internet usage | New York, NY | $14.95 | Vendor | B. Adamczyk |
| 09/21/06 | Business call | Chicago, IL | $9.08 | Vendor | B. Douton |
| **Total** | | | $90.09 | | |

# Werner Holding Company

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $22.57 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $30.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/19/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/25/06 | Federal Express | New York, NY | $20.47 | Vendor | B. Adamczyk |
| 10/25/06 | Federal Express | New York, NY | $11.42 | Vendor | B. Adamczyk |

Total $228.22