# Invoice

**Invoice**   0107 NAA WRN1

**Date**   12 January 2007

## ❀ R ROTHSCHILD

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Larry V. Friend
Chief Financial Officer

| | |
|---|---|
| Monthly advisory fee:  November 1, 2006 – November 30, 2006 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 24,087.07 |
| **Total Due** | **$144,087.07** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address<br>500 Stanton Christiana Road<br>Newark, DE  19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ (181.42) |
| Taxis | 442.00 |
| Hotel | - |
| Legal | 18,835.99 |
| Miscellaneous | 30.50 |
| Meals | 281.35 |
| Word Processing | 1,091.31 |
| Copies | 648.10 |
| Research/Database | 263.18 |
| Telephone/Communications | 2,676.06 |
| Courier Services | - |
| **Total** | **$ 24,087.07** |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/13/06 | Boston/NY | New York, NY | $207.90 | Vendor | B. Adamczyk |
| 10/13/06 | NY/Boston | New York, NY | $148.98 | Vendor | B. Adamczyk |
| 10/13/06 | Tzell service charge | New York, NY | $55.00 | Vendor | B. Adamczyk |
| 10/13/06 | Tzell service charge | New York, NY | $25.00 | Vendor | B. Adamczyk |
| 10/20/06 | Ticket refund | New York, NY | -$618.30 | Vendor | B. Adamczyk |
| **Total** | | | $181.42 | | |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/31/00 | From office to home | New York, NY | $25.00 | Vendor | C. Orellana |
| 08/01/06 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 08/02/06 | From office to home | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 08/03/06 | From office to home | New York, NY | $17.00 | Vendor | B. Adamczyk |
| 08/07/06 | From airport to office | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 08/12/06 | From airport to office | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 08/13/06 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 08/13/06 | From office to home (wknd) | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 08/13/06 | From home to office (wknd) | New York, NY | $8.00 | Vendor | C. Orellana |
| 08/23/06 | From office to home | New York, NY | $7.00 | Vendor | C. Orellana |
| 08/24/06 | From office to home | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 08/25/06 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 08/26/06 | From office to home | New York, NY | $7.00 | Vendor | C. Orellana |
| 08/26/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 08/27/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 08/30/06 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 08/31/06 | From office to home | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 09/01/06 | From office to home | New York, NY | $32.00 | Vendor | C. Orellana |
| 09/01/06 | From office to home | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 09/02/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 09/05/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 09/06/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 09/07/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 09/11/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 09/13/06 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 09/14/06 | Car to meeting | Chicago, IL | $25.00 | Vendor | C. Orellana |
| 09/20/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 09/23/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 09/23/06 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 09/24/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 09/28/06 | From office to home | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 09/29/06 | From office to home | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 09/29/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/12/06 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 10/13/06 | From office to home | New York, NY | $6.00 | Vendor | C. Orellana |
| 10/14/06 | From office to home | New York, NY | $8.00 | Vendor | C. Orellana |
| 10/25/06 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 10/26/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 11/01/06 | From home to airport | New York, NY | $10.00 | Vendor | B. Adamczyk |

Total                                    $442.00

**Legal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/26/06 | Debevoise & Plimpton | New York, NY | $18,835.99 | Vendor | Various |
| **Total** | | | $18,835.99 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: September 1, 2006 through September 30, 2006*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*October 16, 2006*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*                    *Invoice No.: 1069754*

| | |
|---|---|
| **Total  Fees** | **$18,540.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **295.99** |
| **Total Amount Due** | **$18,835.99** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

Invoice Number: 1069754

October 16, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | **$18,540.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **295.99** |
| **Total Amount Due** | **$18,835.99** |

### *Remit Payment By:*

<table>
<tr><td><u>Check</u></td><td style="text-align:right"><u>Wire Transfer</u></td></tr>
<tr><td>Debevoise & Plimpton LLP<br>Accounting Department, 28th Floor<br>919 Third Avenue<br>New York, N.Y 10022</td><td style="text-align:right">Citibank, N.A., New York, N.Y<br>ABA # 021000089<br>Account # 4919-9225<br>Invoice No.: 1069754</td></tr>
</table>

*Tax Identification Number 13 - 5537279*

22302464v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Michael E. Wiles | 1.20 | 850.00 | 1,020.00 |
| **TOTAL FOR PARTNER** | **1.20** | | **$1,020.00** |
| **ASSOCIATE** | | | |
| Maureen A. Cronin | 2.60 | 495.00 | 1,287.00 |
| Steve Vaccaro | 28.40 | 565.00 | 16,046.00 |
| **TOTAL FOR ASSOCIATE** | **31.00** | | **$17,333.00** |
| **LIBRARY** | | | |
| Mohammad Moghul | 0.20 | 89.00 | 17.80 |
| **TOTAL FOR LIBRARY** | **0.20** | | **$17.80** |
| **MANAGING ATTY** | | | |
| Lois Spangler | 1.80 | 94.00 | 169.20 |
| **TOTAL FOR MANAGING ATTY** | **1.80** | | **$169.20** |

| Disbursement & Other Charges: | Amount |
|---|---|
| Word Processing - Non Network | 8.30 |
| Lawyer Out-of-Pocket | 20.40 |
| Administrative OT Expense | 42.33 |
| Express deliveries & Outside messengers | 45.28 |
| Other Database Services | 30.48 |
| Duplicating | 5.20 |
| Secy/Steno Overtime Expense | 104.95 |
| Telephone Toll Calls | 0.44 |
| Postage | 1.11 |
| Lawyer Travel | 37.50 |
| Disbursement Total: | $295.99 |
| **Total this Matter :** | **$18,835.99** |

ROTHSCHILD RESTRUCTURING ENGAGEMENTS    2

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | t/c to J. Davis re motion. | | |
| 09/15/06 | M Cronin | Attn to emails w/ MEW and SV; call to BD w/ SV; call to Willkie w/ SV | 1.40 | 693.00 |
| 09/16/06 | S Vaccaro | Drafting of opposition to Committee's R. 2004 Motion for examination of Rothschild. | 4.90 | 2,768.50 |
| 09/18/06 | M Wiles | T. S. Vaccaro re 2004 motion and his negotiations with Committee counsel re same. | 0.50 | 425.00 |
| 09/18/06 | S Vaccaro | Email from J. Davis, t/c to T. Weber, re Committee's R. 2004 motion; continued drafting of objection to same; t/c with T. Weber re motion; t/c with MW re same; email, further t/c with M. Berthiaume re same. | 6.90 | 3,898.50 |
| 09/18/06 | M Cronin | Attn to call and emails re 2004 motion and objection | 0.20 | 99.00 |
| 09/19/06 | S Vaccaro | Revisions to objection; t/c's with B. Douton, MW, D. Baldwin re same; final revisions to objection; t/c's with B. Douton, MW, D. Baldwin re filing objection, transmit for filing; prep for trip to court to argue objection; gather materials for trip to court tomorrow. | 3.60 | 2,034.00 |
| 09/19/06 | M Moghul | Cases pulled ans sent by electronic to Steve Vaccaro. | 0.20 | 17.80 |
| 09/20/06 | M Wiles | E-mails S. Vaccaro re Rule 2004 motion and resolution of same. | 0.50 | 425.00 |
| 09/20/06 | S Vaccaro | Travel to hearing in Delaware on Committee's motion to for Rule 2004 examination, prepare for same en route; appear at hearing and negotiate terms of modified order with Committee's counsel; meeting with counsel for Debtors re same; email report re same. | 5.00 | 2,825.00 |
| 09/20/06 | S Vaccaro | Nonworking travel time on return trip (bill 1/2 time). | 0.50 | 282.50 |
| 09/20/06 | M Cronin | Attn to email update re 2004 hearing | 0.10 | 49.50 |
| 09/21/06 | S Vaccaro | Review modified proposed form of order submitted by the committee on R.2004 motion, email to MW re same. | 0.40 | 226.00 |
| 09/26/06 | L Spangler | Reviewed and docketed documents for diary reminders and for filing in the Litigation Record File, and opened case for docket entry. | 1.80 | 169.20 |
| 09/26/06 | S Vaccaro | Attention to order of court on motion; email to B. Douton forwarding same. | 0.20 | 113.00 |
| 09/29/06 | S Vaccaro | T/c with douton re court's order. | 0.10 | 56.50 |
| | | Hours / Amount: | 34.20 | $18,540.00 |

22302464v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

Invoice Number: 1069754

October 16, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number: 21689.1042

For Professional Services and Advice rendered from September 1, 2006 through September 30, 2006 in connection with **WERNER**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 09/14/06 | M Wiles | Review materials re requested 2004 exam and e-mail M. Cronin re same. | 0.20 | 170.00 |
| 09/14/06 | S Vaccaro | T/c with mc re R.2004 motion papers, my availability to assist with same, briefly review same; further review fo same; review DIP order, order setting argument on motion; email to mc, MW re issues in motion; email from MW re same; f/u from MW email; f/u email with mc re same. | 2.80 | 1,582.00 |
| 09/14/06 | M Cronin | Call from BD re 2004 motion (.1); review of papers and docket (.5); calls and emails w/ SV and MEW re same (.3) | 0.90 | 445.50 |
| 09/15/06 | S Vaccaro | T/c to M. Feldman re R.2004 motion; attention to possible need for local counsel; email with MW re same; t/c with M. Feldman re response to R. 2004; t/c to P. Baldwin re same; t/c w/mc re same; email to MW re status; review prior R. 2004 pleadings and transcripts from docket; draft list of questions for B. Douton in connection with preparing opposition to motion; t/c with D. Baldwin re conficts issues, suitability to serve as DE counsel; email to MW, mc re status; email with B. Douton, mc re conf. call this afternoon; t/c with B. Douton, mc re case background; t/c w/M. Feldman re same; meeting with mc re follow-up; t/c with V. Counihan re motion; further review of documents requests attached to Committee's motion; | 4.00 | 2,260.00 |

22302464v1

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-06 | Non-receipt expenses (supplies) | New York, NY | $30.50 | Vendor | B. Adamczyk |
| **Total** | | | $30.50 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/12/06 | Traveling meal (b'fast) | New York, NY | $4.73 | Vendor | B. Adamczyk |
| 09/20/06 | Traveling meal (b'fast) | Chicago, IL | $1.99 | Vendor | C. Orellana |
| 09/20/06 | Traveling meal (lunch) | New York, NY | $12.57 | Vendor | C. Orellana |
| 10/30/06 | Working dinner | New York, NY | $22.43 | Vendor | B. Adamczyk |
| 10/30/06 | Working dinner | New York, NY | $3.00 | Vendor | C. Orellana |
| 11/01/06 | Working dinner | New York, NY | $18.42 | Vendor | B. Adamczyk |
| 11/02/06 | Working dinner | New York, NY | $24.74 | Vendor | B. Adamczyk |
| 11/06/06 | Working dinner | New York, NY | $24.99 | Vendor | B. Adamczyk |
| 11/07/06 | Working dinner | New York, NY | $23.23 | Vendor | B. Adamczyk |
| 11/07/06 | Working dinner | New York, NY | $1.65 | Vendor | B. Adamczyk |
| 11/08/06 | Working dinner | New York, NY | $21.68 | Vendor | C. Orellana |
| 11/08/06 | Working dinner | New York, NY | $21.67 | Vendor | B. Adamczyk |
| 11/09/06 | Working dinner | New York, NY | $24.82 | Vendor | B. Adamczyk |
| 11/10/06 | Lunch meeting | New York, NY | $75.43 | Vendor | NA, BD,CO, M. Feldman, M. Massell & J. Loughlin |

Total   $281.35

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/06 | Word processing | New York, NY | $1,091.31 | Vendor | Various |
| Total | | | $1,091.31 | | |

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/06 | Black, white & color copies | New York, NY | $648.10 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $648.10 | | |

**Werner Holding Company**

**Research/Database Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-06 | Research materials | New York, NY | $150.00 | Vendor | B. Adamczyk |
| Nov-06 | Research materials | New York, NY | $100.00 | Vendor | B. Adamczyk |
| 11/27/06 | Factiva | New York, NY | $13.18 | Vendor | Various |
| **Total** | | | $263.18 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 08/01/06 | Conference call | New York, NY | $36.78 | Vendor | B. Adamczyk & 5 parties |
| 08/01/06 | Conference call | New York, NY | $64.74 | Vendor | B. Adamczyk & 13 parties |
| 08/01/06 | Conference call | New York, NY | $71.08 | Vendor | B. Adamczyk & 12 parties |
| 08/01/06 | Conference call | New York, NY | $1.67 | Vendor | C. Orellana & 3 parties |
| 08/03/06 | Conference call | New York, NY | $16.48 | Vendor | B. Adamczyk & 4 parties |
| 08/04/06 | Conference call | New York, NY | $104.70 | Vendor | C. Orellana & 20 parties |
| 08/07/06 | Conference call | New York, NY | $21.66 | Vendor | C. Orellana & 3 parties |
| 08/08/06 | Conference call | New York, NY | $23.16 | Vendor | B. Adamczyk & 3 parties |
| 08/08/06 | Conference call | New York, NY | $7.02 | Vendor | B. Adamczyk & 3 parties |
| 08/10/06 | Conference call | New York, NY | $4.01 | Vendor | B. Adamczyk & 3 parties |
| 08/11/06 | Conference call | New York, NY | $33.23 | Vendor | B. Adamczyk & 6 parties |
| 08/11/06 | Conference call | New York, NY | $94.66 | Vendor | C. Orellana & 14 parties |
| 08/15/06 | Conference call | New York, NY | $89.44 | Vendor | B. Adamczyk & 5 parties |
| 08/17/06 | Conference call | New York, NY | $9.31 | Vendor | C. Orellana & 2 parties |
| 08/18/06 | Conference call | New York, NY | $64.37 | Vendor | C. Orellana & 11 parties |
| 08/21/06 | Conference call | New York, NY | $25.23 | Vendor | C. Orellana & 7 parties |
| 08/25/06 | Conference call | New York, NY | $20.73 | Vendor | C. Orellana & 12 parties |
| 08/28/06 | Conference call | New York, NY | $106.82 | Vendor | C. Orellana & 13 parties |
| 08/29/06 | Conference call | New York, NY | $31.52 | Vendor | B. Adamczyk & 3 parties |
| 08/29/06 | Conference call | New York, NY | $75.67 | Vendor | B. Adamczyk & 11 parties |
| 08/29/06 | Conference call | New York, NY | $33.64 | Vendor | B. Adamczyk & 3 parties |
| 08/29/06 | Conference call | New York, NY | $73.17 | Vendor | C. Orellana & 10 parties |
| 09/01/06 | Conference call | New York, NY | $39.60 | Vendor | C. Orellana & 8 parties |
| 09/04/06 | Conference call | New York, NY | $0.35 | Vendor | C. Orellana & 1 party |
| 09/11/06 | Conference call | New York, NY | $57.55 | Vendor | C. Orellana & 9 parties |
| 09/11/06 | Conference call | New York, NY | $31.79 | Vendor | C. Orellana & 8 parties |
| 09/11/06 | Conference call | New York, NY | $20.10 | Vendor | C. Orellana & 4 parties |
| 09/14/06 | Conference call | New York, NY | $24.90 | Vendor | C. Orellana & 3 parties |
| 09/15/06 | Conference call | New York, NY | $2.40 | Vendor | C. Orellana & 1 party |
| 09/15/06 | Conference call | New York, NY | $27.74 | Vendor | C. Orellana & 4 parties |
| 09/15/06 | Conference call | New York, NY | $9.78 | Vendor | C. Orellana & 7 parties |
| 09/15/06 | Conference call | New York, NY | $3.60 | Vendor | C. Orellana & 9 parties |
| 09/15/06 | Conference call | New York, NY | $63.33 | Vendor | C. Orellana & 11 parties |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/17/06 | Conference call | New York, NY | $108.13 | Vendor | C. Orellana & 12 parties |
| 09/20/06 | Conference call | New York, NY | $0.82 | Vendor | C. Orellana & 4 parties |
| 09/20/06 | Conference call | New York, NY | $54.13 | Vendor | C. Orellana & 7 parties |
| 09/22/06 | Conference call | New York, NY | $57.53 | Vendor | C. Orellana & 11 parties |
| 09/22/06 | Conference call | New York, NY | $28.87 | Vendor | C. Orellana & 10 parties |
| 09/24/06 | Conference call | New York, NY | $218.50 | Vendor | C. Orellana & 15 parties |
| 09/25/06 | Conference call | New York, NY | $7.90 | Vendor | C. Orellana & 2 parties |
| 09/25/06 | Conference call | New York, NY | $8.28 | Vendor | C. Orellana & 2 parties |
| 09/25/06 | Conference call | New York, NY | $13.38 | Vendor | C. Orellana & 2 parties |
| 09/25/06 | Conference call | New York, NY | $27.63 | Vendor | C. Orellana & 3 parties |
| 09/25/06 | Conference call | New York, NY | $13.57 | Vendor | C. Orellana & 2 parties |
| 09/29/06 | Conference call | New York, NY | $329.37 | Vendor | C. Orellana & 29 parties |
| 10/03/06 | Conference call | New York, NY | $51.72 | Vendor | C. Orellana & 10 parties |
| 10/04/06 | Conference call | New York, NY | $8.55 | Vendor | C. Orellana & 2 parties |
| 10/04/06 | Conference call | New York, NY | $18.13 | Vendor | C. Orellana & 4 parties |
| 10/05/06 | Conference call | New York, NY | $15.05 | Vendor | B. Adamczyk & 2 parties |
| 10/06/06 | Conference call | New York, NY | $3.89 | Vendor | B. Adamczyk & 2 parties |
| 10/06/06 | Conference call | New York, NY | $28.22 | Vendor | C. Orellana & 8 parties |
| 10/09/06 | Conference call | New York, NY | $47.84 | Vendor | B. Adamczyk & 6 parties |
| 10/11/06 | Conference call | New York, NY | $46.97 | Vendor | B. Adamczyk & 4 parties |
| 10/13/06 | Conference call | New York, NY | $4.15 | Vendor | B. Adamczyk & 2 parties |
| 10/13/06 | Conference call | New York, NY | $49.83 | Vendor | C. Orellana & 7 parties |
| 10/20/06 | Conference call | New York, NY | $50.56 | Vendor | C. Orellana & 9 parties |
| 10/25/06 | Conference call | New York, NY | $20.82 | Vendor | C. Orellana & 3 parties |
| 10/26/06 | Conference call | New York, NY | $39.72 | Vendor | B. Adamczyk & 5 parties |
| 10/27/06 | Conference call | New York, NY | $33.84 | Vendor | B. Adamczyk & 4 parties |
| 10/27/06 | Conference call | New York, NY | $93.07 | Vendor | B. Adamczyk & 9 parties |
| 10/27/06 | Conference call | New York, NY | $5.36 | Vendor | C. Orellana & 7 parties |

Total                                                                                 $2,676.06

# Invoice

**Invoice**   0207 NAA WRN1

**Date**   2 February 2007

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Larry V. Friend
Chief Financial Officer

| | |
|---|---:|
| Monthly advisory fee:  December 1, 2006 – December 31, 2006 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 45,075.90 |
| **Total Due** | **$165,075.90** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address<br>500 Stanton Christiana Road<br>Newark, DE 19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 14,961.00 |
| Taxis | 1,454.86 |
| Hotel | 405.67 |
| Legal | 25,623.80 |
| Miscellaneous | 664.50 |
| Meals | 962.27 |
| Word Processing | 343.41 |
| Copies | 12.70 |
| Research/Database | 362.19 |
| Telephone/Communications | 285.50 |
| Courier Services | - |
| **Total** | **$ 45,075.90** |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/08/06 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Augustine |
| 11/08/06 | Chicago/NY | New York, NY | $454.30 | Vendor | N. Augustine |
| 11/08/06 | NY/Chicago/NY | New York, NY | $1,548.60 | Vendor | N. Augustine |
| 11/08/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 11/08/06 | NY/Chicago/NY | New York, NY | $1,548.60 | Vendor | B. Douton |
| 11/08/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 11/08/06 | Ticket refund | New York, NY | -$774.30 | Vendor | Various |
| 11/14/06 | NY/Chicago/NY | New York, NY | $1,548.60 | Vendor | B. Douton |
| 11/14/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 11/14/06 | NY/Chicago/NY | New York, NY | $1,548.60 | Vendor | N. Augustine |
| 11/14/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 11/16/06 | NY/Chicago/NY | New York, NY | $1,548.60 | Vendor | B. Douton |
| 11/16/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 11/16/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 11/16/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 11/26/06 | DC/NY (early retrun for Co.) rail | New York, NY | $66.00 | Vendor | B. Adamczyk |
| 12/02/06 | Pittsburgh/NY | New York, NY | $782.30 | Vendor | B. Adamczyk |
| 12/02/06 | NY/Pittsburgh | New York, NY | $289.30 | Vendor | B. Adamczyk |
| 12/02/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Adamczyk |
| 12/04/06 | NY/Pittsburgh/NY | New York, NY | $1,564.60 | Vendor | B. Douton |
| 12/04/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 12/04/06 | NY/Pittsburgh/NY | New York, NY | $1,564.60 | Vendor | N. Augustine |
| 12/04/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 12/09/06 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 12/11/06 | NY/Pittsburgh/NY | New York, NY | $1,405.60 | Vendor | B. Douton |
| 12/11/06 | NY/Pittsburgh/NY | New York, NY | $1,405.60 | Vendor | N. Augustine |
| 12/11/06 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |

**Total** $14,961.00

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/14/06 | From home to office (wknd) | New York, NY | $7.00 | Vendor | B. Douton |
| 10/14/06 | From office to home (wknd) | New York, NY | $7.00 | Vendor | B. Douton |
| 10/16/06 | From airport to home | New York, NY | $69.87 | Vendor | C. Orellana |
| 11/08/06 | From office to home (wknd) | New York, NY | $22.00 | Vendor | B. Douton |
| 11/08/06 | From airport to home | New York, NY | $80.00 | Vendor | B. Douton |
| 11/08/06 | From company to airport | Chicago, IL | $136.30 | Vendor | N. Augustine |
| 11/08/06 | From airport to home | New York, NY | $95.68 | Vendor | N. Augustine |
| 11/08/06 | From airport to company | Chicago, IL | $136.30 | Vendor | N. Augustine |
| 11/08/06 | From home to airport | New York, NY | $196.80 | Vendor | N. Augustine |
| 11/14/06 | From airport to home | New York, NY | $95.68 | Vendor | N. Augustine |
| 11/14/06 | From home to airport | New York, NY | $181.80 | Vendor | N. Augustine |
| 11/16/06 | From airport to hotel | Chicago, IL | $25.00 | Vendor | B. Douton |
| 11/16/06 | From client's office to hotel | Chicago, IL | $20.00 | Vendor | B. Douton |
| 11/16/06 | From hotel to client's office | Chicago, IL | $20.00 | Vendor | B. Douton |
| 11/17/06 | From client's office to airport | Chicago, IL | $35.00 | Vendor | B. Douton |
| 11/17/06 | From hotel to client's meeting | Chicago, IL | $40.00 | Vendor | B. Douton |
| 12/05/06 | Rental car used during trip | Pittsburgh, PA | $190.43 | Vendor | B. Adamczyk |
| 12/11/06 | From airport to home | New York, NY | $60.00 | Vendor | B. Douton |
| 12/11/06 | From home to airport | New York, NY | $36.00 | Vendor | B. Douton |

Total                $1,454.86

**Werner Holding Company**

**Hotel Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/13/06 | Westin O'Hare 1 night | Chicago, IL | $405.67 | Vendor | B. Douton |
| **Total** | | | $405.67 | | |

**Legal Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/15/06 | Debevoise & Plimpton | New York, NY | $16,336.74 | Vendor | Various |
| 11/30/06 | Potter Anderson & Corroon LLP | New York, NY | $6,118.74 | Vendor | Various |
| 12/21/06 | Debevoise & Plimpton | New York, NY | $3,168.32 | Vendor | Various |
| Total | | | $25,623.80 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

December 21, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Invoice Number: 1075632
Matter Number:  21689.1042

For Professional Services and Advice rendered from November 1, 2006 through November 30, 2006 in connection
with **WERNER**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/03/06 | S Vaccaro | Edits to Rothschild response to objection to fee application; email with B. Douton re same. | 0.40 | 226.00 |
| 11/06/06 | M Wiles | T. S. Vaccaro. | 0.10 | 85.00 |
| 11/07/06 | S Vaccaro | T/C from Potter Anderson re status of response to objection. | 0.10 | 56.50 |
| 11/10/06 | M Wiles | T. S. Vaccaro. | 0.10 | 85.00 |
| 11/10/06 | S Vaccaro | Email to B. Douton re status, interim fee application, timing for response to fee app. | 0.30 | 169.50 |
| 11/13/06 | S Vaccaro | Email from mc re status, her discussion with B. Douton. | 0.10 | 56.50 |
| 11/13/06 | M Cronin | Review of engagement letter and order re engagement question | 0.40 | 198.00 |
| 11/14/06 | M Cronin | Attn to emails w/ B Douton re fee issue | 0.10 | 49.50 |
| 11/20/06 | S Vaccaro | Email with B. Douton re response to Committee's objections. | 0.10 | 56.50 |
| 11/22/06 | S Vaccaro | T/c with B. Douton re comments on response to Committee objection to fee application. | 0.30 | 169.50 |
| 11/22/06 | M Cronin | Call w/ B Douton re Werner update | 0.10 | 49.50 |
| 11/27/06 | S Vaccaro | Edits to draft response to Committee's objection. | 1.50 | 847.50 |
| 11/28/06 | S Vaccaro | Conclude redrafting of response to objection, email to B. Douton re same. | 1.70 | 960.50 |
| | | Hours / Amount: | 5.30 | $3,009.50 |

22358749v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Client / Matter  Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER

Client / Matter Number: 21689.1042

Period Covered: October 1, 2006 through October 31, 2006

Billing Partner: Richard F. Hahn

Reviewing Partner: Debevoise & Plimpton

November 14, 2006

Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS          Invoice No.: 1072736

| | |
|---|---|
| **Total Fees** | **$15,910.30** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **426.44** |
| **Total Amount Due** | **$16,336.74** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1072736

November 14, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

|  |  |
|---|---|
| Total  Fees | $15,910.30 |
| Document Preparation, Communication, Other Charges and Disbursements | 426.44 |
| Total Amount Due | $16,336.74 |

### Remit Payment By:

**Wire Transfer**

**Check**

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1072736

*Tax Identification Number 13 - 5537279*

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Michael E. Wiles | 1.20 | 850.00 | 1,020.00 |
| **TOTAL FOR PARTNER** | **1.20** | | **$1,020.00** |
| **ASSOCIATE** | | | |
| Maureen A. Cronin | 4.00 | 495.00 | 1,980.00 |
| Steve Vaccaro | 22.70 | 565.00 | 12,825.50 |
| **TOTAL FOR ASSOCIATE** | **26.70** | | **$14,805.50** |
| **MANAGING ATTY** | | | |
| Nicole Aiken | 0.70 | 94.00 | 65.80 |
| Joan A. Baffa | 0.10 | 190.00 | 19.00 |
| **TOTAL FOR MANAGING ATTY** | **0.80** | | **$84.80** |

| Disbursement & Other Charges: | Amount |
|---|---|
| Duplicating | 48.40 |
| Telephone Toll Calls | 0.47 |
| FAX | 16.00 |
| Westlaw Services | 29.16 |
| Network Word Processing | 76.41 |
| Lawyer Travel | 256.00 |
| Disbursement Total: | $426.44 |

**Total this Matter :    $16,336.74**

Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE   19899

Federal ID# 51-0080985

November 30, 2006

Bill Number  59952
File Number ROTINC-30726

Rothschild, Inc.
c/o Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Attn: Steve Vaccaro Esquire

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---|
| Legal Services | $5,839.50 |
| Disbursements | $279.24 |
| Bill Total | $6,118.74 |

Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE   19899

Federal ID# 51-0080985

November 30, 2006

Bill Number  59952
File Number ROTINC-30726

Rothschild, Inc.
c/o Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Attn: Steve Vaccaro Esquire

Re: Werner Holding Co.

Through October 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/15/06 | DJB | Communicate (Other Outside Counsel)<br>Communicate with Debevoise re: potential matter, research conflict issues | 1.50 Hrs | $720.00 |
| 09/18/06 | DJB | Pleadings<br>Revise pro hac vice motions and entry of appearance. | 0.60 Hrs | $288.00 |
| 09/18/06 | DJB | Pleadings<br>Review pleadings; review Rule 2004 motion. | 0.60 Hrs | $288.00 |
| 09/19/06 | DJB | Review/Analyze<br>Review, revise and file opposition to Rule 2004 motion; communicate with opposing counsel and co-counsel; review motion and other parties filings | 3.90 Hrs | $1,872.00 |
| 09/19/06 | LJA | Draft/Revise<br>Brief conference with DJB regarding client case.  Update database with case information.  Obtain updated docket sheet and review same.  Update master calendar with upcoming omnibus hearing dates and other motion deadlines.  Telephone call to Greenberg Traurig to obtain copy of 2002 service list to complete filing.  Telephone call with DJB to Victoria Counihan to obtain | 1.70 Hrs | $246.50 |

Rothschild, Inc.

Re: Werner Holding Co.

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | objection extension time deadline for filing response re: 2004 Examination Motion. Review response documents to conform with Court rules. | | |
| 09/20/06 | DJB | Plan and Prepare for Communications and prep. for hearing | 1.10 Hrs | $528.00 |
| 09/26/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar. Copy to DJB and GRM of pleadings received. Update calendar with Bar Date Motion (objection 10/4, hearing 10/11). Brief conference with DJB re: notice of appearance. Review Motion to Establish Bar Date. Update calendar with 10/4 objection deadline and 10/11 hearing date. | 0.60 Hrs | $87.00 |
| 09/26/06 | LJA | Draft/Revise Review Agenda for 9/27/06 hearing. Copy to DJB and GRM. Update master calendar. | 0.20 Hrs | $29.00 |
| 09/28/06 | LJA | Draft/Revise Review updated docket sheet. Update master calendar with upcoming hearing dates. Review Order Rule 2004 Exam for deadlines. Copy to DJB and GRM. Review Agenda letter for 10/3 hearing. Update master calendar with hearing information. Scan copy to TBE. | 0.50 Hrs | $72.50 |
| 09/29/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and hearing dates. Copies to DJB and GRM. Review Bar Date motion for 10/11 hearing and 10/4 objection deadline. Copy to DJB and GRM. | 0.50 Hrs | $72.50 |
| 10/03/06 | LJA | Draft/Revise Review incoming pleadings and electronic e-file notices. Update master calendar with upcoming objection and hearing dates. Copy to DJB and GRM. | 0.30 Hrs | $43.50 |
| 10/06/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and hearing dates. Copy to DJB and GRM. Review Agenda for 10/11/06 hearing. Update master calendar. | 0.40 Hrs | $58.00 |
| 10/10/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and | 0.50 Hrs | $72.50 |

Rothschild, Inc.

Re: Werner Holding Co.

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | hearing dates. Copies to DJB and GRM. Review Bar Date Order for 12/12/06. Update master calendar with reminder deadlines. | | |
| 10/12/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and hearing dates. Copy to DJB and GRM. | 0.30 Hrs | $43.50 |
| 10/13/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and hearing dates. Copy to DJB and GRM. | 0.30 Hrs | $43.50 |
| 10/17/06 | LJA | Draft/Revise Review incoming pleadings. Update master calendar with upcoming objection and hearing dates. Copy to DJB and GRM. | 0.30 Hrs | $43.50 |
| 10/19/06 | LJA | Draft/Revise Review incoming pleadings. Distribute to attorneys. Update master calendar with upcoming objection and hearing dates. | 0.30 Hrs | $43.50 |
| 10/20/06 | LJA | Draft/Revise Review incoming pleadings. Distribute to attorneys. Update master calendar with upcoming objection and hearing dates. | 0.30 Hrs | $43.50 |
| 10/24/06 | LJA | Draft/Revise Review incoming pleadings and distribute to attorneys. Update master calendar with upcoming objection and hearing dates. | 0.20 Hrs | $29.00 |
| 10/26/06 | LJA | Draft/Revise Review incoming pleadings and distribute to attorneys. Update master calendar with upcoming objection and hearing dates. | 0.20 Hrs | $29.00 |
| 10/30/06 | DJB | Communicate (with Client) Communications with Steve Vaccaro re: filing deadline | 0.30 Hrs | $144.00 |
| 10/31/06 | DJB | Review/Analyze Research reply filing issues; review Rothschild application and retention order; communicate with co-counsel | 1.90 Hrs | $912.00 |
| 10/31/06 | LJA | Draft/Revise Review incoming pleadings and distribute to attorneys. Update master calendar with upcoming objection and hearing dates. Brief conference with DJB regarding Committee's Objection to Rothschild's first fee application. Review local rules and order entered re: professional compensation. Report findings to DJB and upcoming omnibus hearing | 0.90 Hrs | $130.50 |

.hschild, Inc.

Re: Werner Holding Co.

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | dates. Review e-mail communication from DJB. Update master calendar with possible 11/7 objection deadline. | | |

Total   $5,839.50

## LEGAL SERVICES SUMMARY

| | | | | |
|---|---|---|---|---|
| David J. Baldwin | 9.90 Hrs | 480/hr | $4,752.00 | |
| Laura J. Ahtes | 7.50 Hrs | 145/hr | $1,087.50 | |
| | 17.40 Hrs | | $5,839.50 | |

## DISBURSEMENTS

Through November 2, 2006

| | |
|---|---|
| E101 Copying | |
| E108 Postage | $85.40 |
| E124 U. S. District Court | $46.62 |
| E105 Telephone | $0.00 |
| E111 Meals | $3.96 |
| E125 Daily Runner Services | $39.90 |
| E124 Pacer Electronic Filings | $15.00 |
| E125 Parcels - Special Delivery | $63.36 |
| | $25.00 |

TOTAL DISBURSEMENTS    $279.24

TOTAL DUE THIS BILL    $6,118.74

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: November 1, 2006 through November 30, 2006*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*December 21, 2006*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*          *Invoice No.: 1075632*

| | |
|---|---|
| **Fees** | $3,009.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 158.82 |
| **Total Amount Due** | $3,168.32 |

22358749v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1075632

December 21, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---|
| **Fees** | $3,009.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 158.82 |
| **Total Amount Due** | $3,168.32 |

***Remit Payment By:***

| *Check.* | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | Account # 4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1075632 |

*Tax Identification Number 13 - 5537279*

22358749v1

### *Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| PARTNER | | | |
| Michael E. Wiles | 0.20 | 850.00 | 170.00 |
| **TOTAL FOR PARTNER** | **0.20** | | **$170.00** |
| ASSOCIATE | | | |
| Maureen A. Cronin | 0.60 | 495.00 | 297.00 |
| Steve Vaccaro | 4.50 | 565.00 | 2,542.50 |
| **TOTAL FOR ASSOCIATE** | **5.10** | | **$2,839.50** |

| Disbursement & Other Charges: | | Amount |
|---|---|---|
| Other Database Services | | 158.40 |
| Telephone Toll Calls | | 0.42 |
| | Disbursement Total: | $158.82 |
| | | |
| | Total this Matter : | $3,168.32 |

22358749v1

ROTHSCHILD RESTRUCTURING ENGAGEMENTS    2                                          Invoice.: 1072736

| Date | Timekeeper | Narrative | Hours | Amount |
|------|------------|-----------|-------|--------|
| 10/24/06 | S Vaccaro | Email with mc, MW re draft response to objection; review, transcript of hearing on objections; further review of prior orders, objections, applications; f/u email with mc regarding circulation of draft response to B. Douton; for use in same; complete, revise draft response; drafting, of responses; t/c with mc re draft response. | 10.40 | 5,876.00 |
| 10/24/06 | M Cronin | Emails w/ B Douton and S Vaccaro re response; review of draft response and comments to same | 0.50 | 247.50 |
| 10/26/06 | S Vaccaro | Attention to B. Douton comments on reponse to objection to fee app.; investigate options for putting dispute on calendar quickly; t/c to D. Baldwin re response; t/c to M. Feldman re same, court's calendar; email to B. Douton re same. | 0.40 | 226.00 |
| 10/26/06 | M Cronin | Attn to emails re Committee objection | 0.40 | 198.00 |
| 10/27/06 | M Wiles | E-mail S. Vaccaro re modifications to opposition papers. | 0.10 | 85.00 |
| 10/27/06 | S Vaccaro | Telephone call with B. Douton re intent behind New Indebtedness Fee carve-out; review case documents and draft new argument section for response to fee objection regarding same; telephone call with MW regarding same; review DIP financing agreement, t/c with mc re need for commitment letter for DIP facility; complete drafting. | 2.60 | 1,469.00 |
| 10/27/06 | M Cronin | Attn to docket re DIP agreement and previous drafts; call w/ SV re same; emails to Rothschild re same | 0.80 | 396.00 |
| 10/30/06 | M Wiles | T. S. Vaccaro; review revisions to opposition papers. | 0.60 | 510.00 |
| 10/30/06 | S Vaccaro | Review of DIP commitment letter; email with De. counsel re status; t/c with MW re fee argument; further review of DIP Agreement; draft affirmation of B. Douton; edits to motion; edit affirmation of B. Douton; email to B. Douton regarding same response to fee objection. | 5.60 | 3,164.00 |
| 10/30/06 | M Cronin | Emails and calls re objection to fee application | 0.40 | 198.00 |
| 10/31/06 | S Vaccaro | Attention to timing of hearing on objection; t/c to B. Douton re same; t/c with mc re same; email to D. Baldwin re same; t/c with B. Douton re edits to response to objection. | 1.00 | 565.00 |
| 10/31/06 | M Cronin | Emails and calls re objection and procedure and exhibits relating thereto | 0.40 | 198.00 |
| | | Hours / Amount: | 28.70 | $15,910.30 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1072736

November 14, 2006

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number:  21689.1042

For Professional Services and Advice rendered from October 1, 2006 through October 31, 2006 in connection with
WERNER

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/03/06 | N Aiken | Reviewed and docketed documents for filing in the Litigation Record file | 0.70 | 65.80 |
| 10/04/06 | S Vaccaro | Attention to Werner pleadings received today, email from mle, mc re same. | 0.20 | 113.00 |
| 10/16/06 | J Baffa | Reviewed email and modified MA3000 docket/diary system according to attorney's instructions/information. | 0.10 | 19.00 |
| 10/16/06 | S Vaccaro | Instructions to Managing Attorney's office to stand down from monitoring non-Rothschilds related pleadings in Werner bankruptcy. | 0.10 | 56.50 |
| 10/18/06 | M Cronin | Call from B Douton re objections; attn to same | 0.30 | 148.50 |
| 10/19/06 | M Cronin | Review of objection call to BD re same; call to MEW re same | 0.70 | 346.50 |
| 10/20/06 | S Vaccaro | T/c with mc re objection to Rothschild montly fee application; review objection. | 0.30 | 169.50 |
| 10/20/06 | M Cronin | Calls w/ BD, MEW and SV re werner objection and attn to application per same | 0.50 | 247.50 |
| 10/23/06 | S Vaccaro | Review Rothschild fee application, draft outline of response; telephone call to MW regarding same; review retention of Rothschild and objections to same. | 2.10 | 1,186.50 |
| 10/24/06 | M Wiles | Review and revise opposition to committee objection. | 0.50 | 425.00 |

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/14/06 | Conference room rental Admiral's Club | Chicago, IL | $664.50 | Vendor | B. Douton |
| **Total** | | | $664.50 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/08/06 | Traveling meal (dinner) | Chicago, IL | $38.52 | Vendor | B. Douton |
| 11/13/06 | Working dinner | New York, NY | $25.01 | Vendor | C. Orellana |
| 11/13/06 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamzyk |
| 11/14/06 | Working dinner | New York, NY | $25.00 | Vendor | B. Adamzyk |
| 11/14/06 | Conference at Admiral's Club | Chicago, IL | $354.70 | Vendor | BD, NA, S. Richman, P. Fodale, J. Loughlin, etc. |
| 11/15/06 | Traveling meal (dinner) | Chicago, IL | $47.69 | Vendor | B. Douton |
| 11/15/06 | Working dinner | New York, NY | $24.78 | Vendor | B. Adamzyk |
| 11/16/06 | Traveling meal (b'fast) | Chicago, IL | $6.70 | Vendor | B. Douton |
| 11/16/06 | Traveling meal (dinner) | Chicago, IL | $65.07 | Vendor | B. Douton |
| 11/16/06 | Working dinner | New York, NY | $19.64 | Vendor | B. Adamzyk |
| 11/17/06 | Working dinner | New York, NY | $22.54 | Vendor | B. Adamzyk |
| 11/18/06 | Working dinner | New York, NY | $24.84 | Vendor | B. Adamzyk |
| 11/19/06 | Working dinner | New York, NY | $21.26 | Vendor | B. Adamzyk |
| 11/20/06 | Working dinner | New York, NY | $25.11 | Vendor | B. Adamzyk |
| 11/20/06 | Working dinner | New York, NY | $25.12 | Vendor | C. Orellana |
| 11/21/06 | Working dinner | New York, NY | $22.97 | Vendor | B. Adamzyk |
| 11/24/06 | Traveling meal (b'fast) | Chicago, IL | $11.21 | Vendor | B. Douton |
| 11/27/06 | Working dinner | New York, NY | $24.17 | Vendor | B. Adamzyk |
| 11/28/06 | Working dinner | New York, NY | $19.17 | Vendor | B. Adamzyk |
| 11/29/06 | Working dinner | New York, NY | $24.82 | Vendor | B. Adamzyk |
| 12/03/06 | Working dinner | New York, NY | $25.09 | Vendor | B. Adamzyk |
| 12/05/06 | Working dinner | New York, NY | $22.96 | Vendor | B. Adamzyk |
| 12/06/06 | Working dinner | New York, NY | $25.02 | Vendor | B. Adamzyk |
| 12/06/06 | Working dinner | New York, NY | $14.75 | Vendor | C. Orellana |
| 12/07/06 | Working dinner | New York, NY | $20.88 | Vendor | B. Adamzyk |

**Total**     $962.27

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Dec-06 | Black, white & color copies | New York, NY | $12.70 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $12.70 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Dec-06 | Research materials | New York, NY | $100.00 | Vendor | Various |
| 12/13/06 | D&B | New York, NY | $28.10 | Vendor | Various |
| 12/14/06 | Thomson | New York, NY | $234.09 | Vendor | Various |
| **Total** | | | $362.19 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/20/06 | Outside fax | St. Johns | $27.50 | Vendor | B. Douton |
| 12/21/06 | Outside fax | St. Johns | $58.00 | Vendor | B. Douton |
| 12/23/06 | Outside fax | St. Johns | $46.50 | Vendor | B. Douton |
| 12/23/06 | Outside fax | St. Johns | $8.00 | Vendor | B. Douton |
| 12/23/06 | Outside fax | St. Johns | $90.00 | Vendor | B. Douton |
| 12/28/06 | Outside fax | St. Johns | $55.50 | Vendor | B. Douton |
| **Total** | | | $285.50 | | |

# Invoice

**Invoice**   0507 NAA WRN1

**Date**   14 May 2007

**※R ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Larry V. Friend
Chief Financial Officer

| | |
|---|---|
| Monthly advisory fee: January 1, 2007 – January 31, 2007 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 24,373.36 |
| **Total Due** | **$144,373.36** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address 500 Stanton Christiana Road Newark, DE 19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $    953.10 |
| Taxis | 1,963.06 |
| Hotel | 247.47 |
| Legal | 16,578.70 |
| Miscellaneous | 118.46 |
| Meals | 1,273.26 |
| Word Processing | 486.74 |
| Copies | 2,746.90 |
| Research/Database | - |
| Telephone/Communications | 5.67 |
| Courier Services | - |
| **Total** | **$ 24,373.36** |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/18/06 | Ticket refund | New York, NY | -$769.30 | Vendor | C. Orellana |
| 12/02/06 | NY/Pittsburgh/NY | New York, NY | $1,071.60 | Vendor | C. Orellana |
| 12/02/06 | Tzell service charge | New York, NY | $40.00 | Vendor | C. Orellana |
| 12/11/06 | Pittsburgh/NY | New York, NY | $99.30 | Vendor | B. Douton |
| 12/11/06 | Ticket refund | New York, NY | -$623.30 | Vendor | B. Douton |
| 12/11/06 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/11/06 | Pittsburgh/NY | New York, NY | $99.30 | Vendor | N. Augustine |
| 12/11/06 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Augustine |
| 12/29/06 | Ticket refund | New York, NY | -$623.30 | Vendor | N. Augustine |
| 01/08/07 | NY/Chicago/NY | New York, NY | $1,558.80 | Vendor | B. Douton |
| 01/08/07 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 01/10/07 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |

**Total**  $953.10

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/18/06 | From office to home | New York, NY | $27.54 | Vendor | C. Orellana |
| 11/07/06 | From office to home | New York, NY | $32.64 | Vendor | C. Orellana |
| 11/07/06 | Package delivery to BD | New York, NY | $52.02 | Vendor | B. Adamczyk |
| 11/08/06 | From home to airport | New York, NY | $62.22 | Vendor | B. Douton |
| 11/08/06 | From airport to home | New York, NY | $70.61 | Vendor | N. Augustine |
| 11/12/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 11/14/06 | From home to airport | New York, NY | $87.21 | Vendor | B. Douton |
| 11/14/06 | From office to home | New York, NY | $27.54 | Vendor | B. Adamczyk |
| 11/16/06 | From home to airport | New York, NY | $76.50 | Vendor | B. Douton |
| 11/20/06 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 12/03/06 | From office to home | New York, NY | $54.32 | Vendor | B. Adamczyk |
| 12/04/06 | From airport to home | New York, NY | $113.02 | Vendor | B. Douton |
| 12/04/06 | From home to airport | New York, NY | $62.22 | Vendor | B. Douton |
| 12/11/06 | From airport to home | New York, NY | $163.56 | Vendor | N. Augustine |
| 12/11/06 | From company to airport | Pittsburgh, PA | $294.25 | Vendor | N. Augustine |
| 12/11/06 | From home to airport | New York, NY | $213.02 | Vendor | N. Augustine |
| 12/11/06 | From airport to company | Pittsburgh, PA | $281.38 | Vendor | N. Augustine |
| 12/13/06 | From home to office for early call | New York, NY | $291.97 | Vendor | N. Augustine |
| Total | | | $1,963.06 | | |

# Werner Holding Company

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/08/07 | Westin OHare 1 night | Chicago, IL | $247.47 | Vendor | B. Douton |
| **Total** | | | $247.47 | | |

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/25/07 | Debevoise & Plimpton | New York, NY | $16,578.70 | Vendor | Various |
| **Total** | | | $16,578.70 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: December 1, 2006 through December 31, 2006*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*January 24, 2007*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*        *Invoice No.: 1077582*

| | |
|---|---|
| **Total Fees** | $16,578.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | **0.20** |
| **Total Amount Due** | **$16,578.70** |

22377609v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1077582

January 24, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | **$16,578.50** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **0.20** |
| **Total Amount Due** | **$16,578.70** |

## *Remit Payment By:*

*Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

Wire Transfer

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1077582

*Tax Identification Number 13 - 5537279*

22377609v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Richard F. Hahn | 1.30 | 850.00 | 1,105.00 |
| Michael E. Wiles | 0.60 | 850.00 | 510.00 |
| **TOTAL FOR PARTNER** | **1.90** | | **$1,615.00** |
| **ASSOCIATE** | | | |
| Maureen A. Cronin | 2.50 | 495.00 | 1,237.50 |
| Donna Krouzman | 0.40 | 415.00 | 166.00 |
| Steve Vaccaro | 24.00 | 565.00 | 13,560.00 |
| **TOTAL FOR ASSOCIATE** | **26.90** | | **$14,963.50** |

| Disbursement & Other Charges: | Amount |
|---|---|
| Telephone Toll Calls | 0.20 |
| Disbursement Total: | $0.20 |

**Total this Matter :**     **$16,578.70**

ROTHSCHILD RESTRUCTURING ENGAGEMENTS    2                    Invoice.: 1077582

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| | | file under seal. | | |
| 12/15/06 | M Wiles | Review e-mails re committee objection. | 0.10 | 85.00 |
| 12/15/06 | S Vaccaro | Review pleadings and fee apps of Rothschild in preparation for hearing; participate in hearing; t/c's with MW and mc re Rothschild interim fee app; f/u emails from N. Augustine, B. Douton re hearing, interim fee application; f/u tc/ with D. Baldwin re hearing.  Review letter of Levine Leichtman calling for termination of Rothschild and follow up email and other attention re same, resolution of fee dispute. | 3.10 | 1,751.50 |
| 12/15/06 | M Cronin | Call w/ SV re application; attn to docket re fee app and call to Rothschild re same | 0.40 | 198.00 |
| 12/18/06 | S Vaccaro | Email with B. Douton, N. Augustine re possbility of settlement of fee dispute. | 0.20 | 113.00 |
| 12/19/06 | M Wiles | Review and comment upon e-mails regaring fee application and committee objection. | 0.40 | 340.00 |
| 12/19/06 | S Vaccaro | T/c with D. Baddley, t/c with MW re hearing; numerous emails and prep for hearing in De. tomorrow. | 5.60 | 3,164.00 |
| 12/19/06 | D Krouzman | Emails to/from Vaccaro re order for Motion to Shorten (.2) Rewewing Motion to Shorten (.2) | 0.40 | 166.00 |
| 12/20/06 | R Hahn | Review materials re fee disputes. | 1.00 | 850.00 |
| 12/20/06 | S Vaccaro | Travel to Delaware, prep for hearing on fee dispute en route; prepare summary of hearing on return trip; emails and t/c with B. Douton, mc re same. | 6.80 | 3,842.00 |
| 12/20/06 | M Cronin | Attn to calls and emails re fee objection and other retention issues | 1.50 | 742.50 |
| 12/21/06 | R Hahn | TCFW S. Vaccaro and M. Cronin re fee dispute. | 0.30 | 255.00 |
| 12/21/06 | S Vaccaro | T/C with RH, mc re fee dispute; numerous emails re scheduling of conference call; circulate recommendation of Fee auditor as to Rothschild. | 0.80 | 452.00 |
| 12/21/06 | M Cronin | Call w/ SV and RFH re objection; call w/ SV re same | 0.60 | 297.00 |
| 12/22/06 | S Vaccaro | Emails re conf. call with N. Augustine and others re path forward on Wermer fees; attend conf. call; t/c with mc re status. | 0.80 | 452.00 |
| 12/28/06 | S Vaccaro | T/c to D. Baddley, email to N. Augustine, B. Douton re status. | 0.10 | 56.50 |
| | | Hours / Amount: | 28.80 | $16,578.50 |

22377609v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

Invoice Number: 1077582

January 24, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number: 21689.1042

For Professional Services and Advice rendered from December 1, 2006 through December 31, 2006 in connection
with **WERNER**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 12/04/06 | S Vaccaro | Email to B. Douton re need to file response to objection. | 0.10 | 56.50 |
| 12/05/06 | S Vaccaro | Attention to Bill from D. Baldwin, email to B. Douton re same. | 0.10 | 56.50 |
| 12/11/06 | S Vaccaro | Email with B. Douton re status of response to objection to fee app; t/c with MW re same. | 0.40 | 226.00 |
| 12/12/06 | M Wiles | Review draft and e-mail S. Vaccaro. | 0.10 | 85.00 |
| 12/12/06 | S Vaccaro | Attention to upcoming hearing and email with Bernard re final edits of response to fee objection; email to Baldwin re response, supporting affirmation; attention to hearing this Friday with fee examiner; emails with D. Baldwin re same. T/c with B. Douton re final edits to response, affirmation of Augustine, make same, review of response and affirmation, email to N. Augustine re same; further email re execution, filing of response and affirmation. | 3.10 | 1,751.50 |
| 12/13/06 | S Vaccaro | Final modifications to response, affidavit, review exhibits; email with N. Augustine, D. Baldwin others to finalize, email w/B. Douton, D. Baldwin re confidentiality issue; review and edit motion to file under seal; further edits to motion to seal, proposed form of order, motion to shorten time. | 2.80 | 1,582.00 |
| 12/14/06 | S Vaccaro | T/c to N. Mitchell re response to objection, motion to | 0.10 | 56.50 |

22377609v1

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jan-07 | Presentation materials | New York, NY | 118.46 | Vendor | B. Adamczyk |
| **Total** | | | $118.46 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/05/06 | Traveling meal (dinner) | Pittsburgh, PA | $81.62 | Vendor | C. Orellana, B. Adamczyk, B. Douton & J. Loughlin |
| 12/11/06 | Working dinner | New York, NY | $25.04 | Vendor | C. Orellana |
| 12/11/06 | Working dinner | New York, NY | $25.04 | Vendor | B. Adamczyk |
| 12/14/06 | Working dinner | New York, NY | $20.70 | Vendor | B. Adamczyk |
| 12/17/06 | Working dinner | New York, NY | $25.09 | Vendor | B. Adamczyk |
| 12/18/06 | Working dinner | New York, NY | $25.25 | Vendor | C. Orellana |
| 12/18/06 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamczyk |
| 12/18/06 | Mid-afternoon meeting Rm 1 | New York, NY | $86.53 | Vendor | NA, BD, J. Boduc, A. Farmer, T. Fitzpatrick, P. Fodale, etc. |
| 12/18/06 | Mid-afternoon meeting Rm2 | New York, NY | $38.58 | Vendor | NA, BD, T. Porter, S. Storm, K. Tang, T. Wang, E. Werner |
| 01/02/07 | Working dinner | New York, NY | $25.23 | Vendor | B. Adamczyk |
| 01/03/07 | Working dinner | New York, NY | $24.52 | Vendor | B. Adamczyk |
| 01/04/07 | Working dinner | New York, NY | $25.15 | Vendor | B. Adamczyk |
| 01/04/07 | Working dinner | New York, NY | $25.16 | Vendor | C. Orellana |
| 01/06/07 | Working dinner (wknd) | New York, NY | $19.11 | Vendor | C. Orellana |
| 01/06/07 | Working dinner (wknd) | New York, NY | $19.11 | Vendor | B. Adamczyk |
| 01/07/07 | Working dinner | New York, NY | $21.26 | Vendor | C. Orellana |
| 01/08/07 | Working dinner | New York, NY | $25.00 | Vendor | B. Adamczyk |
| 01/08/07 | Working dinner | New York, NY | $25.00 | Vendor | C. Orellana |
| 01/08/07 | Traveling meal (dinner) | Chicago, IL | $51.90 | Vendor | B. Douton |
| 01/08/07 | Traveling meal (lunch) | Chicago, IL | $27.83 | Vendor | B. Douton |
| 01/09/07 | Working dinner | New York, NY | $19.77 | Vendor | C. Orellana |
| 01/09/07 | Working dinner | New York, NY | $19.77 | Vendor | B. Adamczyk |
| 01/09/07 | Traveling meal (dinner) | Chicago, IL | $30.08 | Vendor | B. Douton |
| 01/10/07 | Working dinner | New York, NY | $25.23 | Vendor | B. Adamczyk |
| 01/11/07 | Working dinner | New York, NY | $20.67 | Vendor | B. Adamczyk |
| 01/13/07 | Working dinner | New York, NY | $10.25 | Vendor | B. Adamczyk |
| 01/16/07 | Working dinner | New York, NY | $21.70 | Vendor | B. Adamczyk |
| 01/17/07 | Working dinner | New York, NY | $25.21 | Vendor | C. Orellana |
| 01/17/07 | Working dinner | New York, NY | $25.20 | Vendor | B. Adamczyk |
| 01/18/07 | Working dinner | New York, NY | $18.08 | Vendor | C. Orellana |
| 01/18/07 | Working dinner | New York, NY | $18.09 | Vendor | B. Adamczyk |
| 01/19/07 | Lunch meeting | New York, NY | $226.93 | Vendor | BD, NA, LM&Co., Blk Diamond & L. Friend |
| 01/22/07 | Working dinner | New York, NY | $25.15 | Vendor | B. Adamczyk |
| 01/23/07 | Working dinner | New York, NY | $24.52 | Vendor | B. Adamczyk |
| 01/24/07 | Working dinner | New York, NY | $2.00 | Vendor | B. Adamczyk |
| 01/24/07 | Working dinner | New York, NY | $25.19 | Vendor | C. Orellana |
| 01/25/07 | Working dinner | New York, NY | $20.64 | Vendor | B. Adamczyk |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/28/07 | Working dinner | New York, NY | $25.22 | Vendor | C. Orellana |
| 01/28/07 | Working dinner (wknd) | New York, NY | $25.22 | Vendor | B. Adamzyk |
| 01/28/07 | Working b'fast & lunch (wknd) | New York, NY | $21.97 | Vendor | B. Adamzyk |
| Total | | | $1,273.26 | | |

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jan-07 | Word processing | New York, NY | $486.74 | Vendor | Various |
| **Total** | | | $486.74 | | |

**Werner Holding Company**

**Copy Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jan-07 | Black, white & color copies | New York, NY | $2,746.90 | $0.10/per page BW & $1.00/per page Color | Various |
| **Total** | | | $2,746.90 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/08/07 | Business calls | Chicago, Il | $5.67 | Vendor | B. Douton |
| **Total** | | | $5.67 | | |