# Invoice

**Invoice**   0507 NAA WRN1  A

**Date**   14 May 2007

**⚹R ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Larry V. Friend
Chief Financial Officer

| | |
|---|---:|
| Monthly advisory fee:  February 1, 2007 – February 28, 2007 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 10,975.90 |
| **Total Due** | **$130,975.90** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address<br>500 Stanton Christiana Road<br>Newark, DE  19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 1,467.50 |
| Taxis | 3,004.36 |
| Hotel | 248.97 |
| Legal | - |
| Miscellaneous | 784.41 |
| Meals | 1,111.75 |
| Word Processing | 128.00 |
| Copies | 3,618.60 |
| Research/Database | 500.48 |
| Telephone/Communications | 103.08 |
| Courier Services | 8.75 |
| **Total** | **$ 10,975.90** |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/12/06 | From office to home | New York, NY | $7.00 | Vendor | C. Orellana |
| 11/15/06 | From office to home | New York, NY | $15.00 | Vendor | C. Orellana |
| 11/16/06 | From office to home | New York, NY | $17.00 | Vendor | C. Orellana |
| 11/18/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 11/20/06 | From office to home | New York, NY | $15.00 | Vendor | C. Orellana |
| 11/30/06 | From office to home | New York, NY | $15.00 | Vendor | C. Orellana |
| 12/03/06 | Package delivery to NA | New York, NY | $189.21 | Vendor | B. Adamczyk |
| 12/05/06 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 12/07/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 12/12/06 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 12/12/06 | From office to home | New York, NY | $14.00 | Vendor | C. Orellana |
| 12/18/06 | From home to office for early meeting | New York, NY | $153.36 | Vendor | N. Augustine |
| 12/20/06 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 01/03/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 01/06/07 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 01/07/07 | From office to home | New York, NY | $8.00 | Vendor | B. Douton |
| 01/07/07 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 01/07/07 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 01/08/07 | From home to airport | New York, NY | $65.79 | Vendor | B. Douton |
| 01/08/07 | From meeting to meeting | Chicago, IL | $24.00 | Vendor | B. Douton |
| 01/08/07 | From meeting to meeting | Chicago, IL | $40.00 | Vendor | B. Douton |
| 01/08/07 | From airport to meeting | Chicago, IL | $15.00 | Vendor | B. Douton |
| 01/08/07 | From meeting to hotel | Chicago, IL | $10.00 | Vendor | B. Douton |
| 01/08/07 | From office to home | New York, NY | $27.54 | Vendor | B. Adamczyk |
| 01/09/07 | From airport to home | New York, NY | $35.00 | Vendor | B. Douton |
| 01/09/07 | From meeting to hotel | Chicago, IL | $10.00 | Vendor | B. Douton |
| 01/09/07 | From meeting to meeting | Chicago, IL | $25.00 | Vendor | B. Douton |
| 01/09/07 | From meeting to airport | Chicago, IL | $45.00 | Vendor | B. Douton |
| 01/09/07 | From office to home | New York, NY | $25.50 | Vendor | B. Adamczyk |
| 01/11/07 | From office to home | New York, NY | $12.00 | Vendor | B. Douton |
| 01/12/07 | From home to meeting | New York, NY | $160.63 | Vendor | N. Augustine |
| 01/16/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 01/17/07 | From home to office for early call | New York, NY | $8.00 | Vendor | B. Douton |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/07 | From office to airport | New York, NY | $162.10 | Vendor | N. Augustine |
| 01/18/07 | From airport to meeting | Houston, TX | $134.95 | Vendor | N. Augustine |
| 01/19/07 | Package delivery to BD | New York, NY | $30.60 | Vendor | D. Grasso-Shandley |
| 01/19/07 | From airport to home | New York, NY | $152.34 | Vendor | N. Augustine |
| 01/19/07 | From meeting to airport | Houston, TX | $134.95 | Vendor | N. Augustine |
| 01/19/07 | Package delivery to BD | New York, NY | $44.37 | Vendor | C. Orellana |
| 01/24/07 | From office to home | New York, NY | $9.00 | Vendor | B. Douton |
| 01/26/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 01/28/07 | From office to home | New York, NY | $7.00 | Vendor | B. Douton |
| 01/28/07 | Package delivery to NA | New York, NY | $168.05 | Vendor | B. Adamczyk |
| 01/29/07 | Package delivery to NA | New York, NY | $144.33 | Vendor | B. Adamczyk |
| 02/06/07 | From office to meeting | New York, NY | $12.00 | Vendor | B. Douton |
| 02/07/07 | From office to Penn Station | New York, NY | $8.00 | Vendor | B. Douton |
| 02/07/07 | From court to train station | Wilmington, DE | $269.26 | Vendor | N. Augustine & B. Douton |
| 02/07/07 | From train station to court | Wilmington, DE | $111.14 | Vendor | N. Augustine & B. Douton |
| 02/07/07 | From home to train station | New York, NY | $104.35 | Vendor | N. Augustine |
| 02/07/07 | From train station to home | New York, NY | $104.35 | Vendor | N. Augustine |
| 02/10/07 | From home to office (wknd) | New York, NY | $8.00 | Vendor | B. Douton |
| 02/15/07 | From office to airport | New York, NY | $197.98 | Vendor | B. Douton |
| 02/16/07 | From office to home | New York, NY | $15.00 | Vendor | C. Orellana |
| 02/17/07 | From office to home | New York, NY | $25.00 | Vendor | C. Orellana |
| 02/18/07 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 02/19/07 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 02/20/07 | From office to home | New York, NY | $14.00 | Vendor | C. Orellana |
| 02/24/07 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 02/25/07 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |

**Total** $3,004.36

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/07 | NY/Houston/NY | New York, NY | $1,014.30 | Vendor | N. Augustine |
| 01/18/07 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 01/19/07 | Ticket refund | New York, NY | -$1,564.60 | Vendor | N. Augustine |
| 02/07/07 | NY/Wilmington/NY - rail | New York, NY | $368.00 | Vendor | B. Douton |
| 02/07/07 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 02/07/07 | Amtrak Fee | New York, NY | $18.00 | Vendor | B. Douton |
| 02/07/07 | NY/Wilmington - rail | New York, NY | $275.00 | Vendor | N. Augustine |
| 02/07/07 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Augustine |
| 02/07/07 | Wilmington/NY - rail | New York, NY | $194.00 | Vendor | N. Augustine |
| 02/15/07 | NY/Chicago/NY | New York, NY | $1,002.80 | Vendor | B. Douton |
| 02/15/07 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |

**Total**   $1,467.50

# Werner Holding Company

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/15/07 | Westin O'Hare 1 night | Chicago, IL | $248.97 | Vendor | B. Douton |
| **Total** | | | $248.97 | | |

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/16/07 | Room rental - Admiral's Club | Chicago, IL | $624.00 | Vendor | B. Douton |
| Feb-07 | Presentation materials | New York, NY | $160.41 | Vendor | B. Adamczyk |
| **Total** | | | **$784.41** | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/20/06 | Traveling meal (b/fast) | New York, NY | $1.59 | Vendor | C. Orellana |
| 01/29/07 | Working dinner | New York, NY | $24.50 | Vendor | C. Orellana |
| 01/29/07 | Working dinner | New York, NY | $24.50 | Vendor | B. Adamzyk |
| 01/30/07 | Working dinner | New York, NY | $24.86 | Vendor | B. Adamzyk |
| 01/31/07 | Working dinner | New York, NY | $24.52 | Vendor | B. Adamzyk |
| 02/01/07 | Working dinner | New York, NY | $25.09 | Vendor | B. Adamzyk |
| 02/03/07 | Working dinner | New York, NY | $18.77 | Vendor | B. Adamxyk |
| 02/04/07 | Working dinner | New York, NY | $23.09 | Vendor | B. Adamzyk |
| 02/05/07 | Working dinner | New York, NY | $24.41 | Vendor | B. Adamzyk |
| 02/06/07 | Working dinner | New York, NY | $25.07 | Vendor | B. Adamzyk |
| 02/07/07 | Working dinner | New York, NY | $21.64 | Vendor | B. Adamzyk |
| 02/07/07 | Traveling meal (b/fast) | New York, NY | $6.90 | Vendor | B. Douton |
| 02/08/07 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamzyk |
| 02/08/07 | Working dinner | New York, NY | $8.25 | Vendor | C. Orellana |
| 02/10/07 | Working dinner | New York, NY | $18.25 | Vendor | B. Adamzyk |
| 02/10/07 | Working dinner | New York, NY | $18.26 | Vendor | B. Douton |
| 02/11/07 | Working dinner | New York, NY | $22.50 | Vendor | B. Adamzyk |
| 02/11/07 | Working dinner | New York, NY | $22.25 | Vendor | C. Orellana |
| 02/12/07 | Working dinner | New York, NY | $20.31 | Vendor | B. Adamzyk |
| 02/12/07 | Working dinner | New York, NY | $20.32 | Vendor | C. Orellana |
| 02/13/07 | Working dinner | New York, NY | $14.71 | Vendor | B. Adamzyk |
| 02/13/07 | Working dinner | New York, NY | $14.72 | Vendor | C. Orellana |
| 02/14/07 | Working dinner | New York, NY | $24.90 | Vendor | C. Orellana |
| 02/15/07 | Working dinner | New York, NY | $23.52 | Vendor | B. Adamzyk |
| 02/15/07 | Traveling meal (dinner) | Chicago, IL | $42.06 | Vendor | B. Douton |
| 02/16/07 | Working dinner | New York, NY | $15.33 | Vendor | B. Adamzyk |
| 02/16/07 | Lunch meeting – Admiral's Club | Chicago, IL | $362.32 | Vendor | B. Douton, L. Friend, J. Loughlin, S. Book, R. Rosati, B. Rippin, E. Gericke, E. Werner, C. Crouse, S. Bookin, J. Breaux, J. May, N.Tell, S. Cramer & E. Hobelmann |
| 02/20/07 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamzyk |
| 02/22/07 | Working dinner | New York, NY | $25.08 | Vendor | C. Orellana |
| 02/24/07 | Working dinner (wknd) | New York, NY | $25.09 | Vendor | B. Adamzyk |
| 02/24/07 | Working lunch (wknd) | New York, NY | $23.56 | Vendor | B. Adamzyk |
| 02/24/07 | Working dinner (wknd) | New York, NY | $25.20 | Vendor | C. Orellana |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/26/07 | Working dinner | New York, NY | $17.14 | Vendor | B. Adamzyk |
| 02/27/07 | Working dinner | New York, NY | $24.94 | Vendor | C. Orellana |
| 02/27/07 | Working dinner | New York, NY | $22.60 | Vendor | B. Adamzyk |

**Total**  $1,111.75

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-07 | Word processing | New York, NY | $128.00 | Vendor | Various |
| **Total** | | | $128.00 | | |

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-07 | Black, white & color copies | New York, NY | $3,618.60 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $3,618.60 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-07 | Research materials | New York, NY | $150.00 | Vendor | B. Adamczyk |
| Feb-07 | Research materials | New York, NY | $200.00 | Vendor | B. Adamczyk |
| Feb-07 | Research materials | New York, NY | $100.00 | Vendor | C. Orellana |
| 02/27/07 | Thomson | New York, NY | $50.48 | Vendor | Various |
| **Total** | | | $500.48 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/01/06 | Conference call | New York, NY | $31.49 | Vendor | B. Adamczyk & 6 parties |
| 11/14/06 | Conference call | New York, NY | $47.61 | Vendor | N. Augustine & 5 parties |
| 12/06/06 | Conference call | New York, NY | $23.78 | Vendor | B. Adamczyk & 6 parties |
| 02/15/07 | Business calls | Chicago, Il | $0.20 | Vendor | B. Douton |
| **Total** | | | $103.08 | | |

# Werner Holding Company

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/11/07 | Deluxe Delivery | New York, NY | $8.75 | Vendor | Various |
| **Total** | | | $8.75 | | |

# Invoice

**Invoice**   0507 NAA WRN1   B

**Date**   14 May 2007

**❋❘ ROTHSCHILD**

Werner Company
93 Werner Road
Greenville, PA 16125

**For the attention of**   Larry V. Friend
Chief Financial Officer

| | |
|---|---|
| Monthly advisory fee: March 1, 2007 – March 31, 2007 | $150,000.00 |
| 80 percent of advisory fee: | X 0.80 |
| | 120,000.00 |
| Out-of-pocket expenses: | 105,381.83 |
| **Total Due** | **$225,381.83** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address<br>500 Stanton Christiana Road<br>Newark, DE 19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |
|---|---|---|

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Werner Holding Company

## Summary of Out-of-Pocket Expenses

| | | |
|---|---:|---:|
| Travel | $ | 1,306.50 |
| Taxis | | 2,954.49 |
| Hotel | | - |
| Legal | | 94,488.90 |
| Miscellaneous | | 1,091.80 |
| Meals | | 876.32 |
| Word Processing | | 327.08 |
| Copies | | 3,792.70 |
| Research/Database | | 152.36 |
| Telephone/Communications | | 105.84 |
| Courier Services | | 285.84 |
| | | |
| **Total** | $ | 105,381.83 |

# Werner Holding Company

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/05/07 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 03/06/07 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 03/08/07 | Chicago/NY (YUP actually less than coach fare) | New York, NY | $501.40 | Vendor | B. Douton |
| 03/08/07 | NY/Chicago (YUP actually less than coach fare) | New York, NY | $501.40 | Vendor | B. Douton |
| 03/08/07 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 03/08/07 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 03/19/07 | NY/Wilmington - rail | New York, NY | $183.70 | Vendor | N. Augustine |

**Total** $1,306.50

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/07 | From office to home | New York, NY | $25.50 | Vendor | C. Orellana |
| 01/19/07 | From office to home | New York, NY | $15.00 | Vendor | C. Orellana |
| 01/24/07 | From office to home | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 01/30/07 | From office to home | New York, NY | $25.50 | Vendor | C. Orellana |
| 01/31/07 | Package delivery to NA | New York, NY | $109.91 | Vendor | B. Adamczyk |
| 01/31/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/03/07 | From office to home (wknd) | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 02/03/07 | From home to office (wknd) | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 02/04/07 | From office to home | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 02/04/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/06/07 | From office to home | New York, NY | $26.00 | Vendor | C. Orellana |
| 02/06/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/07/07 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 02/07/07 | Package delivery to NA | New York, NY | $108.63 | Vendor | B. Adamczyk |
| 02/07/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/08/07 | From office to home | New York, NY | $10.00 | Vendor | C. Orellana |
| 02/08/07 | From office to home | New York, NY | $82.11 | Vendor | B. Adamczyk |
| 02/11/07 | From office to home | New York, NY | $13.00 | Vendor | C. Orellana |
| 02/11/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/12/07 | From office to home | New York, NY | $16.00 | Vendor | C. Orellana |
| 02/13/07 | From office to home | New York, NY | $12.00 | Vendor | B. Adamczyk |
| 02/13/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/15/07 | Package delivery to NA | New York, NY | $169.07 | Vendor | B. Adamczyk |
| 02/17/07 | From office to home | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 02/19/07 | From office to home | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 02/23/07 | From office to home | New York, NY | $27.54 | Vendor | C. Orellana |
| 02/24/07 | From home to office (wknd) | New York, NY | $8.00 | Vendor | B. Douton |
| 02/24/07 | From office to home | New York, NY | $12.00 | Vendor | B. Adamczyk |
| 02/24/07 | From office to home | New York, NY | $29.00 | Vendor | C. Orellana |
| 02/25/07 | From office to home | New York, NY | $14.00 | Vendor | B. Adamczyk |
| 02/26/07 | From office to home | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 02/28/07 | From office to home | New York, NY | $11.00 | Vendor | C. Orellana |
| 03/01/07 | From office to home | New York, NY | $14.00 | Vendor | C. Orellana |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/02/07 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| 03/03/07 | From office to home (wknd) | New York, NY | $13.00 | Vendor | C. Orellana |
| 03/03/07 | From home to office (wknd) | New York, NY | $11.00 | Vendor | C. Orellana |
| 03/04/07 | From office to home (wknd) | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 03/04/07 | From home to office (wknd) | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 03/04/07 | Package delivery to NA | New York, NY | $112.71 | Vendor | B. Adamczyk |
| 03/05/07 | From office to home | New York, NY | $32.64 | Vendor | C. Orellana |
| 03/05/07 | Package delivery to NA | New York, NY | $131.07 | Vendor | B. Adamczyk |
| 03/06/07 | From office to home | New York, NY | $15.00 | Vendor | B. Adamczyk |
| 03/06/07 | From office to airport | New York, NY | $26.52 | Vendor | B. Adamczyk |
| 03/07/07 | From home to airport | New York, NY | $89.25 | Vendor | B. Douton |
| 03/07/07 | From office to home | New York, NY | $25.50 | Vendor | B. Adamczyk |
| 03/07/07 | From office to home | New York, NY | $8.00 | Vendor | C. Orellana |
| 03/08/07 | From airport to home | New York, NY | $83.64 | Vendor | B. Douton |
| 03/08/07 | From home to airport | New York, NY | $196.80 | Vendor | N. Augustine |
| 03/08/07 | From airport to home | New York, NY | $149.35 | Vendor | N. Augustine |
| 03/10/07 | From office to home (wknd) | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 03/10/07 | From home to office (wknd) | New York, NY | $13.00 | Vendor | B. Adamczyk |
| 03/10/07 | From office to BD to home | New York, NY | $72.42 | Vendor | B. Adamczyk |
| 03/15/07 | From office to home | New York, NY | $9.00 | Vendor | B. Douton |
| 03/15/07 | From office to hoem | New York, NY | $56.10 | Vendor | C. Orellana |
| 03/16/07 | From office to home | New York, NY | $14.00 | Vendor | C. Orellana |
| 03/18/07 | From office to home | New York, NY | $9.00 | Vendor | B. Adamczyk |
| 03/18/07 | From office to home (wknd) | New York, NY | $11.00 | Vendor | C. Orellana |
| 03/18/07 | From office to home | New York, NY | $12.00 | Vendor | C. Orellana |
| 03/18/07 | Package delivery to NA | New York, NY | $108.63 | Vendor | B. Adamczyk |
| 03/19/07 | From office to home | New York, NY | $8.00 | Vendor | B. Douton |
| 03/19/07 | Package delivery to NA | New York, NY | $145.61 | Vendor | C. Orellana |
| 03/19/07 | From office to home | New York, NY | $12.00 | Vendor | B. Douton |
| 03/20/07 | From court to train station | Wilmington, DE | $10.00 | Vendor | B. Douton |
| 03/20/07 | From office to home | New York, NY | $8.00 | Vendor | B. Adamczyk |
| 03/20/07 | From home to train station (amtrak) | New York, NY | $104.35 | Vendor | N. Augustine |
| 03/20/07 | From train station to court | Wilmington, DE | $111.14 | Vendor | N. Augustine |

# Werner Holding Company

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/20/07 | From court to airport in Phildelphia | Wilmington, DE | $247.26 | Vendor | N. Augustine |
| 03/23/07 | Package delivery to BD | New York, NY | $30.60 | Vendor | B. Adamczyk |
| 03/25/07 | From office to home (wknd) | New York, NY | $11.00 | Vendor | B. Adamczyk |
| 03/25/07 | From home to office (wknd) | New York, NY | $10.00 | Vendor | B. Adamczyk |
| 03/27/07 | From office to home | New York, NY | $9.00 | Vendor | B. Douton |
| 03/28/07 | From office to home | New York, NY | $14.00 | Vendor | B. Adamczyk |
| 03/30/07 | From office to home | New York, NY | $9.00 | Vendor | C. Orellana |
| **Total** | | | $2,954.49 | | |

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/16/07 | Debevoise & Plimpton | New York, NY | $49,378.35 | Vendor | Various |
| 03/14/07 | Debevoise & Plimpton | New York, NY | $45,110.55 | Vendor | Various |
| **Total** | | | $94,488.90 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: January 1, 2007 through January 31, 2007*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*February 14, 2007*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*                    *Invoice No.: 1079542*

| | |
|---|---:|
| **Total Fees** | $48,832.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 545.85 |
| **Total Amount Due** | $49,378.35 |

22394823v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1079542

February 14, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

## Remittance Summary
### (Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | $48,832.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 545.85 |
| **Total Amount Due** | $49,378.35 |

## *Remit Payment By:*

### *Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

### Wire Transfer

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1079542

*Tax Identification Number 13 - 5537279*

22394823v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| PARTNER | | | |
| Richard F. Hahn | 0.20 | 885.00 | 177.00 |
| Michael E. Wiles | 1.00 | 885.00 | 885.00 |
| **TOTAL FOR PARTNER** | **1.20** | | **$1,062.00** |
| ASSOCIATE | | | |
| Lauren E. Sypek | 44.90 | 310.00 | 13,919.00 |
| Steve Vaccaro | 53.10 | 580.00 | 30,798.00 |
| **TOTAL FOR ASSOCIATE** | **98.00** | | **$44,717.00** |
| LIT SUPPORT | | | |
| Cyril Tyson | 8.00 | 224.00 | 1,792.00 |
| **TOTAL FOR LIT SUPPORT** | **8.00** | | **$1,792.00** |
| MANAGING ATTY | | | |
| Akeli T. Hunter | 1.50 | 91.00 | 136.50 |
| **TOTAL FOR MANAGING ATTY** | **1.50** | | **$136.50** |
| LIT SUPPRT TEMP | | | |
| Litigation Support3 | 9.00 | 125.00 | 1,125.00 |
| **TOTAL FOR LIT SUPPRT TEMP** | **9.00** | | **$1,125.00** |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | forwarded by S. Shin into concordance review system. Phone calls to Willkie Farr re: delivery of documents. Delivery of documents to Willkie. | | |
| 01/30/07 | Litigation Suppo | Jose Rivera - Prepare Concordance database and native files for review by team and burn files onto DVD. | 1.80 | 225.00 |
| 01/31/07 | C Tyson | Review loading of production history into our review database; review loading of metadata into our efiles database; get new document scanned; calls to and from case team re: same | 2.00 | 448.00 |
| 01/31/07 | S Vaccaro | Email and t/c with B. Douton re same; t/c with Joel Waite re hearing; t/c with B. Douton re status of holdback payments; conclude drafting response to Fee Auditor, proof, forward to B. Douton, N. Augustine; responses to Is questions re documents for subpoena. | 2.00 | 1,160.00 |
| 01/31/07 | S Vaccaro | Travel to and from, attend, hearing in Delaware (1.5 hours nonworking travel time). | 4.50 | 2,610.00 |
| 01/31/07 | L Sypek | Phone conf w/J. Alpert at Willkie Farr re: documents delivered for Willkie's review in response to Creditor Committee's R. 2004 Subpoena. Attention to emails from C. Tyson re: organization and loading of documents into concordance document review system. Document review for production in response to R. 2004 Subpoena. Phone conf and email to S. Vacarro re: same. | 3.90 | 1,209.00 |

|  |  | Hours / Amount: | 117.70 | $48,832.50 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Lawyer Late Nite Meals | 23.04 |
| Duplicating | 18.20 |
| Telephone Toll Calls | 0.85 |
| Postage | 0.78 |
| Westlaw Services | 137.67 |
| Network Word Processing | 19.70 |
| Lawyer Travel | 252.25 |
| Research Information Services | 93.36 |
| Disbursement Total: | $545.85 |

**Total this Matter :**    $49,378.35

22394823v1

ROTHSCHILD RESTRUCTURING ENGAGEMENTS          5                                    Invoice.: 1079542

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | Augustine, B. Douton regarding response to Fee Auditors cut in expenses. | | |
| 01/29/07 | L Sypek | Continued review of documents for production to Willkie Farr (Debtor's counsel) in preparation for document production in response to Creditors' Committee R. 2004 subpoena. Conf w/ S. Vacarro re: same. Arranged for return of original documents to S. Shin. Emails and phone calls w/C. Tyson and J. Rivera re: document organization and loading into concordance document review system. Phone conf w/ J. Alpert (Willkie Farr) re: delivery of documents. Emailed and mailed letter re: prepetition fees to J. Davis Creditors' committee counsel. | 10.90 | 3,379.00 |
| 01/29/07 | Litigation Suppo | Karen O'Haire - Perform quality assurance procedures on files and images per C. Tyson. | 0.20 | 25.00 |
| 01/29/07 | Litigation Suppo | Jose Rivera - Load new data and images into temporary database and perform quality assurance procedures on database load per C. Tyson. | 2.00 | 250.00 |
| 01/29/07 | Litigation Suppo | Joe Liao - Load new data into Concordance database per C. Tyson. | 2.00 | 250.00 |
| 01/30/07 | C Tyson | Prepare and produce documents to Willkie Farr in summation format; calls and email to and from case team re: same; meet with dba re: same | 2.00 | 448.00 |
| 01/30/07 | S Vaccaro | Review documents proposed for production in response to subpoena; t/c's and emails with ls re same; attention to filing of stipulation staying hearing on fee dispute and revised agenda for hearing; email from N. Augustine regarding Auditor expense cut; email from B. Douton regarding revision to response to auditor's report; review documents responsive to subpoena before they are sent to Debtors' counsel, t/c's and email with ls re same; t/c with ls re need for protective order; t/c D. Baldwin regarding filing of stipulation notification of parties; email from ls re documents; t/c from B. Douton regarding attendance at hearing tomorrow; prepare and make travel arrangements for same; email to D. Baldwin regarding same; email with N. Augustine and B. Douton regarding response to Fee Auditor. | 5.50 | 3,190.00 |
| 01/30/07 | L Sypek | Second level review of documents to be delivered to Willkie Farr for Debtor privilege review; first level review of documents collected in response to Creditors' committee R. 2004 subpoena. Phone confs and emails w/S. Vacarro re: same. Emails and phone calls w/ C. Tyson and J. Rivera re: delivery of documents to Willkie and other administrative matters in connection with document production. Attn to organizing and managing loading of new documents | 9.00 | 2,790.00 |

22394823v1

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| | | from case team re: same; meet with dba re: same; | | |
| 01/26/07 | S Vaccaro | T/c with B. Douton, to N, Augustine re status; email with ls re review of documents; email to D. Baldwin re readiness to file documents; review docket for recent filings; t/c with S. Shin re documents for subpoena; comments from D. Baldwin re pleadings; meeting with ls re doc review, prelim review of e-files; t/c with J. Reilly re production, lit. support staffing; t/c to ls re same; t/c with N. Augustine; t/c to D. Baldwin regarding stipulation; revise stipulation and attorney's certification, forward same to D. Baddley; t/c with ls re document review/production; review, revise letter to J. Davis re Rothschild fees; emails with ls regarding same. | 7.00 | 4,060.00 |
| 01/26/07 | L Sypek | Phone calls and emails with duplicating office, litigation support (C. Tyson) and S. Vaccaro re: document collection and organization in anticipation of review in response to Creditor's committee R. 2004 subpoena. Conf and phone conf w/ S. Vacarro re: document review for same. Phone conf w/ S. Shin re: same. | 7.10 | 2,201.00 |
| 01/26/07 | Litigation Suppo | Jose Rivera - Create new Concordance e-files database; Import data into database; Create links in database to e-files. | 2.50 | 312.50 |
| 01/26/07 | Litigation Suppo | William Wanjohi - DVD duplication. | 0.50 | 62.50 |
| 01/27/07 | L Sypek | Perfored document review in preparation for response to Creditor's comittee R. 2004 subpoena. | 6.00 | 1,860.00 |
| 01/28/07 | S Vaccaro | Review of documents flagged for me by ls; emails to ls with guidance regarding document review. | 2.40 | 1,392.00 |
| 01/28/07 | L Sypek | Reviewed documents for production in response to Comittee's R. 2004 subpoena. | 5.90 | 1,829.00 |
| 01/29/07 | M Wiles | Review e-mail re Wednesday hearing. | 0.10 | 88.50 |
| 01/29/07 | C Tyson | Review loading of new materials into our control database; calls to and from vendor re: text and metadata extraction; meet with dbs re: same; deliver docs to L. Sypek; prepare doc materials transfer to CD | 2.00 | 448.00 |
| 01/29/07 | S Vaccaro | Final edits to letter to J. Davis, meeting with ls to go over document questions; N. Augustine comments on stipulation; t/c with D. Baldwin re status, prepare final draft of stipulations and send to D. Baddley with blacklines; email from N. Augustine re same, send new version of documents to D. Baddley, circulate signed stipulation, correspond with local counsel re delay; f/u email to N. Augustine re response to examiner report; further attention to status of doc review, email to ls regarding same; email to MW re status; email with N. | 3.00 | 1,740.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 01/22/07 | S Vaccaro | T/c with D. Baldwin re motion to strike, reformatting same, issues in same; review spreadsheet from C. Orellana re prepetition payments to Rothschild, query re same; t/c from D. Baldwin response to LLCP objection; further email with C. Orellana regarding fee for production to committee; t/c with B. Douton re subpoena, approach to LLCP, forbearance agreement. | 1.20 | 696.00 |
| 01/23/07 | M Wiles | T. S. Vaccaro. | 0.10 | 88.50 |
| 01/23/07 | S Vaccaro | T/c with N. Augustine re forbearance, fee negotiation; t/c with S. Shin re response to subpoena; t/c with B. Douton re response to subpoena; t/c with ls re assignment re: production of docs in response to subpoena; forward materials to ls draft stipulated order re fee dispute; email to ls with data for production to Committee; email to D. Baldwin re status of reply to LLCP objection; email to N. Augustine, B. Douton re fee dispute, status; email to D. Baldwin to ensure readiness if hearing goes forward; email from B. Douton with comments on stipulation, make changes. | 4.80 | 2,784.00 |
| 01/23/07 | L Sypek | Phone conf w/ S. Vaccaro re: work on document production in response to R. 2004 Subpoena by Creditor's committee (0.1).  Reviewed materials from S. Vaccaro re: same. (0.4). | 0.50 | 155.00 |
| 01/24/07 | S Vaccaro | Emails with D. Baldwin re reply to LLCP pleading; suggest revisions; forward final to B. Douton, N. Augustine, pass comment re same to D.  Baldwin; emails re Fee Examiners' report; t/c with B. Douton re same; attention to Rothschild's response to Jefferies DD checklist, avoidance of duplicate production; meeting with ls re response to subpoena; t/c's with B. Douton, ls re same; final arrangements on LLCP response with D. Baldwin. | 1.20 | 696.00 |
| 01/24/07 | L Sypek | Meeting w/S. Vaccaro re: coordination of document production in response to R. 2004 subpoena (0.5); phone conf w/S. Vaccaro and B. Douton re: same (0.2); phone conf w/S. Vaccaro and S. Shin re: same (0.1). | 0.80 | 248.00 |
| 01/25/07 | S Vaccaro | Email with ls, t/c with J. Carroll re response to subpoena; t/c with ls re documents received for review. | 0.40 | 232.00 |
| 01/25/07 | L Sypek | Phone conf w/S. Shin re: document production in response to R. 2004 subpoena; emails w/S. Vacarro re: same. | 0.50 | 155.00 |
| 01/25/07 | L Sypek | Organized and prepared documents from Rothschild for review in response to R. 2004 subpoena by creditors comittee. | 0.30 | 93.00 |
| 01/26/07 | C Tyson | Prepare and send documents to vendor for scanning and efiles for text/metadata extraction; calls to and | 2.00 | 448.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | Augustine regarding fee dispute. | | |
| 01/10/07 | S Vaccaro | Review subpoena; t/c with B. Douton re subpoena; email to M. Feldman and Massell re same; email with D. Baddley re fees. | 1.60 | 928.00 |
| 01/11/07 | S Vaccaro | T/c with B. Douton; email with M. Massel, all re subpoena; t/c with D. Baddley re fee issue; email to B. Douton and N. Augustine re same; email to MW summarizing status of Werner matter and recent activity; further email with M. Massel regarding scope of debtors' privilege, review docs withheld from Committee on that ground; t/c with J. Davis re subpoena; email to B. Douton and N. Augustine re same, analyzing settlement possibility. | 3.30 | 1,914.00 |
| 01/12/07 | S Vaccaro | Emails with B. Douton re response to subpoena; with N. Augustine re fee negations. | 0.60 | 348.00 |
| 01/15/07 | S Vaccaro | Emails w/B. Douton, N. Augustine re report of alleged threat that Rothschild would depose Jefferies. | 0.10 | 58.00 |
| 01/16/07 | M Wiles | Review SV e-mail re committee discussions and objections and comment on same. | 0.20 | 177.00 |
| 01/16/07 | S Vaccaro | Emails with N. Augustine, B. Douton. B. Adamczik re fee dispute, calculation of credit for monthly fees; email with MW regarding same. | 0.90 | 522.00 |
| 01/17/07 | M Wiles | E-mails SV re committee objections and responses thereto, settlement positions. | 0.20 | 177.00 |
| 01/17/07 | S Vaccaro | Emails with MW re status of Werner Fee negotiation. | 0.20 | 116.00 |
| 01/18/07 | S Vaccaro | Email to B. Douton re response to subpoena; t/c with D. Baddley re fee negotiation; research re adequacy of Levine Leichtman objections; email to B. Douton and N. Augustine re same; further emails regarding fee dispute with B. Douton, N. Augustine. | 3.20 | 1,856.00 |
| 01/19/07 | M Wiles | T. Steve Vaccaro regarding Committee discussions and upcoming hearing. | 0.40 | 354.00 |
| 01/19/07 | R Hahn | TCFW S. Vaccaro re standing issues. | 0.20 | 177.00 |
| 01/19/07 | S Vaccaro | T/c with MW re status; further research re deficiencies in Levine Leichtman objection; review cases re same; t/c with R. Hahn re same; draft pleading opposing same, edit, t/c with Wiles regarding same; t/c's with MW, RH, GK, RS, eb re conflicts issues; t/c's and emails with D. Baldwin re pleading opposing Levine Leichtman objection; emails with comments from B. Douton. | 4.80 | 2,784.00 |
| 01/20/07 | S Vaccaro | Email with D. Baldwin re Levine Leichman objection, response to same. | 0.30 | 174.00 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

February 14, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Invoice Number: 1079542
Matter Number: 21689.1042

For Professional Services and Advice rendered from January 1, 2007 through January 31, 2007 in connection with
**WERNER**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 01/03/07 | S Vaccaro | T/c with D. Baddley re settlement of fee dispute; review monthly fee credit provisions and check calculations of credits; email with N. Augustine and B. Douton re same; review pleadings in Werner case. | 0.90 | 522.00 |
| 01/04/07 | S Vaccaro | Emails with Rothschild; calculate fee offset; email re strategy, goals in fee negotiations; f/u email re approach to negotiation draft email to D. Baddley re credit of monthly fees; further email with N. Augustine, C. Orellana re amount of Rothschild Monthly Fees paid; further emails; t/c with and email to D. Baddley. | 1.20 | 696.00 |
| 01/05/07 | A Hunter | Docketing | 1.50 | 136.50 |
| 01/05/07 | S Vaccaro | Attention to committee R.2004 subpoena; t/c with MC re same; email to N. Augustine, B. Douton re same; t/c with B. Douton re same; f/u emails with MC re response. | 0.60 | 348.00 |
| 01/06/07 | S Vaccaro | Email with M. Feldman, N. Augustine re subpoena. | 0.10 | 58.00 |
| 01/08/07 | S Vaccaro | Review docket and court's orders, determine whether September 2006 order provides basis for last week's subpoena; email to M. Massell re same; email from M. Massell re same; review forbearance order. | 1.90 | 1,102.00 |
| 01/09/07 | S Vaccaro | Review subpoena; email with B. Douton, Debtors counsel re scope of privilege, scope for production under R.2004; t/c with B. Douton re response to subpoena; email with M. Feldman regarding role of Debtors counsel; t/c with S. Shin re collection of documents; t/c wt J. Carroll re same; email from N. | 1.40 | 812.00 |

22394823v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter  Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - WERNER*

*Client / Matter Number: 21689.1042*

*Period Covered: February 1, 2007 through February 28, 2007*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*March 13, 2007*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*                     *Invoice No.: 1082127*

| | |
|---|---|
| **Total  Fees** | $36,881.90 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 8228.65 |
| **Total Amount Due** | $45,110.55 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1082127

March 13, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | **$36,881.90** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **8228.65** |
| **Total Amount Due** | **$45,110.55** |

### *Remit Payment By:*

**Check**

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

**Wire Transfer**

Citibank, N.A., New York, N.Y
ABA # 021000089
Account # 4919-9225
Invoice No.: 1082127

*Tax Identification Number 13 - 5537279*

22415634v1

### *Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| Lauren E. Sypek | 95.80 | 310.00 | 29,698.00 |
| Steve Vaccaro | 4.80 | 580.00 | 2,784.00 |
| **TOTAL FOR ASSOCIATE** | **100.60** | | **$32,482.00** |
| FREELANCE ASST | | | |
| Gwendolyn Shepherd | 15.00 | 120.00 | 1,800.00 |
| **TOTAL FOR FREELANCE ASST** | **15.00** | | **$1,800.00** |
| LIT SUPPORT | | | |
| Cyril Tyson | 7.00 | 224.00 | 1,568.00 |
| **TOTAL FOR LIT SUPPORT** | **7.00** | | **$1,568.00** |
| MANAGING ATTY | | | |
| Joan A. Baffa | 0.50 | 198.00 | 99.00 |
| Ronald Dorville | 1.60 | 98.00 | 156.80 |
| Dana L. Saunders | 0.80 | 142.00 | 113.60 |
| **TOTAL FOR MANAGING ATTY** | **2.90** | | **$369.40** |
| LIT SUPPRT TEMP | | | |
| Litigation Support3 | 5.30 | 125.00 | 662.50 |
| **TOTAL FOR LIT SUPPRT TEMP** | **5.30** | | **$662.50** |

22415634v1

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | Committee in response to R. 2004 subpoena. | | |
| 02/27/07 | Litigation Suppo | Jose Rivera – Edit/restructure data in Concordance database and perform redactions on e-files per C. Tyson. | 1.30 | 162.50 |
| 02/28/07 | L Sypek | Reviewed email redactions completed by legal assistant in preparation for production in response to Committee's R. 2004 motion. | 0.50 | 155.00 |
| | | Hours / Amount: | 130.80 | $36,881.90 |

| Disbursement & Other Charges: | Amount |
|---|---|
| Word Processing - Non Network | 4.15 |
| Lawyer Late Nite Meals | 85.81 |
| Lawyer Late Nite Transportation | 84.66 |
| Outside Copying | 7,649.53 |
| Duplicating | 1.20 |
| Proofreading | 9.90 |
| Telephone Toll Calls | 0.08 |
| D&P Messenger Charge | 52.24 |
| Network Word Processing | 15.73 |
| Lawyer Travel - Lodging | 325.35 |
| Disbursement Total: | $8,228.65 |

**Total this Matter :**     **$45,110.55**

22415634v1

ASCHILD RESTRUCTURING ENGAGEMENTS       4                           Invoice.: 1082127

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | interim fee application. | | |
| 02/20/07 | R Dorville | Reviewed and Docketed Documents for Filing in the Litigation Record File. | 0.90 | 88.20 |
| 02/20/07 | L Sypek | Conf w/ S. Vaccaro re: phone conf w/ B Douton re: document production. Organized and forwarded documents to B. Douton for his review. Revised tagging of documents in light of B Douton's responses. Reviewed emails for production in response to Committee's R. 2004 Subpoena. | 7.60 | 2,356.00 |
| 02/21/07 | J Baffa | Alert/advise responsible litigator re hearing/due date for disposition; amend docket and diary entries accordingly; advise MAO of pertinent disposition responses and related tasks. | 0.30 | 59.40 |
| 02/21/07 | D Saunders | Reviewed, docketed and diaried document(s) for filing in Litigation Record File. | 0.30 | 42.60 |
| 02/21/07 | L Sypek | Reviewed emails in preparation for production in response to R. 2004 Subpoena by creditor's committee. | 1.50 | 465.00 |
| 02/22/07 | L Sypek | Conf w/S. Vaccaro re: document review of emails; emails to B Douton re: document review. Revised tagging of documents in response to S Vaccaro's input. | 1.80 | 558.00 |
| 02/23/07 | L Sypek | Emails w/S.Vaccaro re: email redaction. Conf w/E. Colon re: same. Phone calls w/lit support re: document production in response to Committee's R. 2004 subpoena; reviewed emails re: same. | 2.00 | 620.00 |
| 02/25/07 | L Sypek | Reviewed emails in connection with production responding to Committee's R. 2004 subpoena. | 6.20 | 1,922.00 |
| 02/26/07 | C Tyson | Calls to and from case team re: produce docs to WF; redaction project; create tags for production; eamils to case team re: same | 1.00 | 224.00 |
| 02/26/07 | G Shepherd | (Buckley) Redaction project. | 8.00 | 960.00 |
| 02/26/07 | L Sypek | Reviewed/prepared documents for production in response to Committee's R. 2004 subpoena; phone confs and emails w/C. Tyson re: same. Coordination of redaction of documents with legal assistant. Email to S. Vaccaro re: same. Reviewed emails for production in response to subpoena. | 8.70 | 2,697.00 |
| 02/27/07 | C Tyson | Review loading of new materials into our review database; meet with dba re: prepare docs for production; review redaction project; calls to and from case team re: same; | 1.00 | 224.00 |
| 02/27/07 | G Shepherd | (Buckley) Redaction project. | 7.00 | 840.00 |
| 02/27/07 | L Sypek | Reviewed emails for production in response to subpoena. Emails w/legal analysts re: redaction of same. Prepared documents for production to | 4.30 | 1,333.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 02/12/07 | Litigation Suppo | Jose Rivera - Create new Concordance e-mail database, extract files from DVD, load new data and files into Concordance database, and reindex database per C. Tyson. | 2.50 | 312.50 |
| 02/13/07 | C Tyson | Get new e-mail documents processed; review loading of new docs into our the control database; calls to and from case team re: same | 1.00 | 224.00 |
| 02/13/07 | L Sypek | Emails to C Tyson and S Vaccaro re: document review status in preparation for production in response to R. 2004 subpoena. | 0.20 | 62.00 |
| 02/13/07 | L Sypek | Reviewed documents in preparation for production in response to Creditor's Committee's R. 2004 subpoena; email to S. Vaccaro re: same. | 2.40 | 744.00 |
| 02/14/07 | L Sypek | Reviewed documents in preparation for production in response to Creditor's Committee's R. 2004 Subpoena. Emails to S. Vaccaro re: same. | 3.00 | 930.00 |
| 02/14/07 | L Sypek | Reviewed documents in preparation for production in response to Creditor's Committee's R. 2004 Subpoena. | 1.20 | 372.00 |
| 02/15/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. | 2.20 | 682.00 |
| 02/15/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. | 0.80 | 248.00 |
| 02/16/07 | J Baffa | Alert/advise responsible litigator re hearing/due date for disposition; amend docket and diary entries accordingly; advise MAO of pertinent disposition responses and related tasks. | 0.20 | 39.60 |
| 02/16/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. Reviewed confidentiality and stipulation re: same. Drafted stip and order re: postponement of fee dispute hearing. | 3.30 | 1,023.00 |
| 02/17/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. | 0.70 | 217.00 |
| 02/18/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. | 1.00 | 310.00 |
| 02/19/07 | R Dorville | Reviewed and Docketed Documents for Filing in the Litigation Record File. | 0.70 | 68.60 |
| 02/19/07 | L Sypek | Doc review and emails w/S. Vaccaro in preparation for document production in response to Creditor Committee's R. 2004 Subpoena. Research for filing of | 6.80 | 2,108.00 |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | with D. Baldwin re same; guidance to ls regarding processing of electronic documents for production. | | |
| 02/06/07 | D Saunders | Reviewed, docketed and diaried document(s) for filing in Litigation Record File. | 0.50 | 71.00 |
| 02/06/07 | L Sypek | Document review for production in response to Creditor's Committtee's R. 2004 subpoena. Phone conf and emails w/C Tyson re: organization of documents for same. Emails w/S. Vaccaro re: same. | 5.60 | 1,736.00 |
| 02/07/07 | C Tyson | Attn to 2004 production. | 1.00 | 224.00 |
| 02/07/07 | S Vaccaro | Review agenda of hearing today, t/c with D. Baldwin re hearing; emails with ls re review of documents for production; review documents and provide responsiveness calls and other guidance to ls. | 2.40 | 1,392.00 |
| 02/07/07 | L Sypek | Continued review of documents in preparation for response to Creditor's Committee R. 2004 subpoena. | 0.10 | 31.00 |
| 02/07/07 | L Sypek | Continued document review in preparation for response to Creditor's Committee R. 2004 Subpoena. | 4.40 | 1,364.00 |
| 02/07/07 | L Sypek | Continued document review in preparation for response to Creditor's Committee R. 2004 Subpoena. Phone conf w/ Willkie Farr re: same. Emails w/S. Vaccaro re: same. | 4.10 | 1,271.00 |
| 02/08/07 | S Vaccaro | Meeting with ls to go over document issues; review additional documents raised by ls; read settlement overture email from N. Augustine; email with ls regarding metadata issues; further email guidance to ls regarding CIT documents, other documents. | 1.10 | 638.00 |
| 02/08/07 | L Sypek | Meeting w/S Vacarro re: document production in response to creditor's committee R. 2004 subpoena. Doc review in response to same. Phone call and emails w/Willkie Farr re: same. | 6.60 | 2,046.00 |
| 02/09/07 | C Tyson | Review loading of new docs into our the control database; calls from case team e: redacting efiles for production; | 1.00 | 224.00 |
| 02/09/07 | S Vaccaro | 3 emails from ls seeking guidance on documentation; respond to same. | 0.20 | 116.00 |
| 02/09/07 | L Sypek | Reviewed documents in anticipation of production in response to Creditor's Committee's R. 2004 subpoena; emails w/ S. Vaccaro re: same. | 5.00 | 1,550.00 |
| 02/12/07 | C Tyson | Attn to 2004 production. | 1.00 | 224.00 |
| 02/12/07 | L Sypek | Continued document review in preparation for production of documents in response to Creditors' Committee's R. 2004 subpoena; emails to S. Vaccaro re: same. | 5.80 | 1,798.00 |

22415634v1

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

March 13, 2007

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Invoice Number: 1082127
Matter Number: 21689.1042

For Professional Services and Advice rendered from February 1, 2007 through February 28, 2007 in connection with
**WERNER**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|------------|-----------|-------|--------|
| 02/01/07 | S Vaccaro | Emails from ls regarding need for protective order, status of doc review. | 0.10 | 58.00 |
| 02/01/07 | L Sypek | Attn to protection of documents produced in response to Committee's R. 2004 subpoena. Conf w/M. Wiles re: same. Email to S. Vacarro re: same. | 0.60 | 186.00 |
| 02/01/07 | Litigation Suppo | Jose Rivera - Prepare data to be loaded into Concordance database per C. Tyson. | 0.50 | 62.50 |
| 02/02/07 | C Tyson | Review loading of new into our control database; calls to and from case team re: same; meet with dba re: same | 1.00 | 224.00 |
| 02/02/07 | L Sypek | Email to C. Tyson re: collection and organization of documents in response to R. 2004 subpoena. | 0.10 | 31.00 |
| 02/02/07 | Litigation Suppo | James Nowakowski - Perform quality assurance procedures on database load per J. Rivera. | 0.50 | 62.50 |
| 02/02/07 | Litigation Suppo | Jose Rivera - Load new data and images into Concordance database per C. Tyson. | 0.50 | 62.50 |
| 02/05/07 | S Vaccaro | T/c with ls re interpretation of document, status of review; email to N. Augustine re status of response to fee auditor's final report; f/u emails from ls regarding doc review and response to auditor. | 0.40 | 232.00 |
| 02/05/07 | L Sypek | Continued document review for production of documents in response to Creditor's Committee's R. 2004 Subpoena. | 9.30 | 2,883.00 |
| 02/06/07 | S Vaccaro | Emails with N. Augustine, B. Douton re response to Fee Auditor's final report, status of fee dispute; attention to response to Fee Auditor, filing of same; t/c | 0.60 | 348.00 |

22415634v1

# Werner Holding Company

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/22/06 | Aquire Mexican visa for plant visit | New York, NY | $134.00 | Vendor | C. Orellana |
| 03/08/07 | Rental of conf room at Admiral's Club | Chicago, IL | $780.50 | Vendor | B. Adamczyk |
| Mar-07 | Presentation materials | New York, NY | $177.30 | Vendor | B. Adamczyk |
| Total | | | $1,091.80 | | |

# Werner Holding Company

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/01/07 | Working dinner | New York, NY | $25.18 | Vendor | C. Orellana |
| 03/03/07 | Working dinner | New York, NY | $23.42 | Vendor | C. Orellana |
| 03/03/07 | Working dinner | New York, NY | $25.09 | Vendor | B. Adamzyk |
| 03/04/07 | Working dinner | New York, NY | $22.30 | Vendor | B. Adamzyk |
| 03/05/07 | Working dinner | New York, NY | $19.92 | Vendor | C. Orellana |
| 03/06/07 | Working dinner | New York, NY | $25.00 | Vendor | B. Adamzyk |
| 03/06/07 | Working dinner | New York, NY | $24.88 | Vendor | C. Orellana |
| 03/07/07 | Working dinner | New York, NY | $24.57 | Vendor | B. Adamzyk |
| 03/08/07 | Lunch meeting - Admiral's Club | Chicago, IL | $311.03 | Vendor | BD, L. Friend, S. Bookin, R. Rosati, B. Rippin, N. Teil, G. Schultze, S. Availa & J. Loughlin |
| 03/09/07 | Working dinner | New York, NY | $19.08 | Vendor | B. Adamzyk |
| 03/15/07 | Working dinner | New York, NY | $21.69 | Vendor | B. Adamzyk |
| 03/18/07 | Working dinner | New York, NY | $24.90 | Vendor | C. Orellana |
| 03/18/07 | Working dinner (wknd) | New York, NY | $24.89 | Vendor | B. Adamzyk |
| 03/18/07 | Working dinner (wknd) | New York, NY | $25.25 | Vendor | C. Orellana |
| 03/18/07 | Working lunch (wknd) | New York, NY | $22.31 | Vendor | B. Adamzyk |
| 03/19/07 | Working dinner | New York, NY | $52.13 | Vendor | B. Douton, N. Augustine & J. Baio |
| 03/19/07 | Working dinner | New York, NY | $18.11 | Vendor | B. Adamzyk |
| 03/19/07 | Working dinner | New York, NY | $18.11 | Vendor | C. Orellana |
| 03/20/07 | Working dinner | New York, NY | $25.25 | Vendor | N. Augustine |
| 03/20/07 | Working dinner | New York, NY | $25.25 | Vendor | B. Douton |
| 03/20/07 | Traveling meal (lunch) | Wilmington, DE | $7.99 | Vendor | B. Douton |
| 03/21/07 | Working dinner | New York, NY | $25.25 | Vendor | B. Adamzyk |
| 03/21/07 | Working dinner | New York, NY | $15.00 | Vendor | C. Orellana |
| 03/23/07 | Working dinner | New York, NY | $24.55 | Vendor | B. Adamzyk |
| 03/25/07 | Working dinner | New York, NY | $25.17 | Vendor | B. Adamzyk |
| **Total** | | | $876.32 | | |

# Werner Holding Company

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-07 | Word processing | New York, NY | $327.08 | Vendor | Various |
| **Total** | | | $327.08 | | |

# Werner Holding Company

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-07 | Black, white & color copies | New York, NY | $3,792.70 | $0.10/per page BW & $1.00/per page Color | Various |
| Total | | | $3,792.70 | | |

# Werner Holding Company

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-07 | Research materials | New York, NY | $150.00 | Vendor | B. Adamczyk |
| Mar-07 | Factiva | New York, NY | $2.36 | Vendor | Various |
| Total | | | $152.36 | | |

# Werner Holding Company

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/16/07 | Conference call | New York, NY | $21.78 | Vendor | B. Adamczyk & 4 parties |
| 03/05/07 | Conference call | New York, NY | $84.06 | Vendor | B. Douton & 7 parties |
| **Total** | | | $105.84 | | |

# Werner Holding Company

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/02/07 | Federal Express Corp. | New York, NY | $14.16 | Vendor | C. Orellana |
| 03/02/07 | Federal Express Corp. | New York, NY | $31.09 | Vendor | C. Orellana |
| 03/02/07 | Federal Express Corp. | New York, NY | $26.14 | Vendor | C. Orellana |
| 03/02/07 | Federal Express Corp. | New York, NY | $25.79 | Vendor | C. Orellana |
| 03/02/07 | Federal Express Corp. | New York, NY | $14.16 | Vendor | C. Orellana |
| 03/02/07 | Federal Express Corp. | New York, NY | $18.72 | Vendor | C. Orellana |
| 03/06/07 | Federal Express Corp. | New York, NY | $22.94 | Vendor | C. Orellana |
| 03/06/07 | Federal Express Corp. | New York, NY | $17.88 | Vendor | B. Douton |
| 03/06/07 | Federal Express Corp. | New York, NY | $19.44 | Vendor | B. Douton |
| 03/06/07 | Federal Express Corp. | New York, NY | $33.07 | Vendor | B. Douton |
| 03/06/07 | Federal Express Corp. | New York, NY | $19.44 | Vendor | B. Douton |
| 03/11/07 | Deluxe Delivery | New York, NY | $8.75 | Vendor | Various |
| 03/14/07 | Federal Express Corp. | New York, NY | $20.31 | Vendor | B. Adamczyk |
| 03/21/07 | Federal Express Corp. | New York, NY | $13.95 | Vendor | B. Douton |

Total $285.84