IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OLD LADDER CO. (DE), INC, | ) Case No. 06-10578 (KJC) |
| (f/k/a WERNER HOLDING CO. (DE), INC.),[1] | ) |
| et al,. | ) Jointly Administered |
| | ) |
| Debtors. | ) Objection Deadline: December 20, 2007 at 4:00 p.m. |
| | ) Hearing Date: February 26, 2008 at 10:00 a.m. |

## NOTICE OF FINAL APPLICATION OF ROTHSCHILD, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:  The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel to the Ad Hoc Committee of Second Lien Holders, Counsel to the Prepetition Agent, Counsel to the Debtor-in-Possession Lenders, Fee Auditor and the 2002 Service List

The **Final Application of Rothschild, Inc. for Compensation and Reimbursement of Expenses** (the "Final Application"), has been filed with the Bankruptcy Court. The Final Application seeks allowance of final fees in the amount of $3,711,008.20, incurred during the period of June 12, 2006 through June 8, 2007, and reimbursement of $513,085.30 in expenses for the same period.

Objections to the Final Application, if any, are required to be filed on or before **December 20, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) counsel to Rothschild, Inc.: Potter Anderson & Corroon, LLP, 1313 N. Market Street, Wilmington, DE 19801, attn: David J. Baldwin and Gabriel R. MacConaill and Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, attn: Michael E. Wiles and Steve Vaccaro; (ii) Rothschild Inc., 1251 Avenue of the Americas, New York, NY 10020, attn: Neil A. Augustine; (iii) counsel to the Debtors:

---

[1]  The Debtors in the Chapter 11 Cases are now known as Old Ladder Co. (PA), Inc.; Old Ladder Co. (DE), Inc.; Old Ladder Co.; and Old Ladder Technologies Inc.

Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801, attn: Joel A. Waite; (iv) counsel to the Official Committee of Unsecured Creditors: Greenberg & Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801; attn: Victoria Counihan and Greenberg Traurig, 77 West Wacker Drive, Suite 2500, 35th Floor, Chicago, IL 60601; attn: Nancy Mitchell and Greenberg Traurig LLP, 2700 Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103; attn: Diane Vucocolo; (v) counsel to the Prepetition Agent: Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017; attn: Steven M. Fuhrman; (vi) counsel to the Ad Hoc Committee of Second Lien Holders: Milbank, Tweed, Hadley & McCloy, LLP, 601 S. Figueroa Street, 30th Floor, Los Angeles, CA 90017; attn: Robert Jay Moore; (vii) counsel to the Debtors-in-Possession Lenders: Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, IL 60606; attn: Timothy R. Pohl; (viii) the Debtors: c/o Werner Holding Co. (DE), Inc., 93 Werner Road, Greenville, PA 16125, attn: Eric Werner and Larry V. Friend; and (ix) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801; attn: Mark Kenney.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Final Fee Application will be held on **February 26, 2008 at 10:00 a.m. (ET)** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

POTTER ANDERSON & CORROON LLP

By _____
David J. Baldwin (DE Bar No. 1010)
Gabriel R. MacConaill (DE Bar No. 4734)
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Tel: 302-984-6000
Fax: 302-658-1192

-and-

Michael E. Wiles (MW-0962)
Steve Vaccaro (SV-4644)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Rothschild Inc.*

Date: November 30, 2007

PAC: 834664/30726