## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 30th day of November, 2007, I caused a true and correct copy of the within **Final Application of Rothschild Inc. For Compensation and Reimbursement of Expenses with Exhibits A-E** to be served on the following parties in the manner indicated below and the **Notice of Final Application of Rothschild Inc.** to be served on the following parties in the manner indicated below and by first-class mail on the attached 2002 Service list::

**BY E-MAIL**
(Ad Hoc Committee of Noteholders)
Richard F. Casher, Esquire
Athena F. Foley, Esquire
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
E-mail: rcasher@kasowitz.com

**BY E-MAIL**
(Prepetition Agent)
Steven M. Fuhrman, Esquire
Robert H. Trust, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3945
E-mail: sfuhrman@stblaw.com
         rtrust@stblaw.com

**BY E-MAIL & HAND DELIVERY**
Victoria W. Counihan, Esq.
Monica L. Loftin, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
E-mail: counihanv@gtlaw.com
         loftinm@gtlaw.com
         melorod@gtlaw.com

**BY E-MAIL**
Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
E-mail: mitchelln@gtlaw.com

**BY E-MAIL**
(Ad Hoc Committee of Holders of 2nd Lien Claims under the $1000,000,000 Senior Secured Credit Facility) & Credit Suisse, Cayman Islands Branch, the Administrative Agent under such credit agrmt.)
Robert Jay Moore, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
E-Mail: rmoore@milbank.com
         fneufeld@milbank.com
         nwertlieb@milbank.com'

**BY E-MAIL**
(Debtors)
Matthew A. Feldman, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
E-mail: mfeldman@willkie.com

**BY E-MAIL**
Office of the United States Trustee)
Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
E-mail: mark.kenney@usdoj.gov

**BY E-MAIL**
(Lenders - Black Diamond Commercial
    Finance LLC)
Timothy R. Pohl, Esquire
Patrick J. Nash, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
E-mail: tpohl@skadden.com

**BY E-MAIL**
(JPMorgan Chase Bank, NA, administrative
    agent)
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
E-mail: collins@rlf.com

**BY E-MAIL**
(Committee of Unsecured Creditors)
Diane Vuocolo
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
E-mail: vuocolod@gtlaw.com

**BY E-MAIL**
(Debtors)
Attn: Larry V. Friend
Werner Holding Co. (DE), Inc.
93 Werner Road
Greenville, PA 16125-9499
E-Mail: frienlv@wernerco.com

**BY E-MAIL**
Robert S. Brady, Esquire
Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
E-mail: rbrady@ycst.com
        jwaite@ycst.com

**BY E-MAIL**
(Credit Suisse Cayma Island Branch –
Second Lien Lenders)
Laura David Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
E-mail: ljones@pszyw.com
        joneill@pszyw.com

**BY E-MAIL**
(Levine Leichtman Capital Partners, III,
L.P.)
Kurt F. Gwynn, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail: jfalgowski@reedsmith.com
        kgwynne@reedsmith.com

**BY E-MAIL**
(Levine Leichtman Capital Partners, III,
L.P.)
Jeffrey M. Reisner, Esquire
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
E-mail: jreisner@irell.com

**BY E-MAIL**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates, Inc.
325 N. St. Paul, Suite 1275
Dallas, TX 75201
E-mail: whsmith@whsmithlaw.com

_____
Gabriel R. MacConaill

834750