# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

(Member Official Committee of
   Unsecured Creditors)
Bank of New York
ATTN: Kenny Tang, Vice President
101 Barclay Street
8 West Corporate Trust
New York, NY 10286

(WXP, Inc.)
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

(Washington Properties, Inc.;
   Home Depot USA Inc.)
Karen C. Bifferato, Esquire
Marc J. Philiips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

(Washington Properties, Inc.)
Stephen A. Bogorad, Esquire
Holland & Knight
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006

(Saint-Gobain Corporation)
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19801

(Debtors)
Casey B. Boyle, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

(Key Equipment Finance Inc.)
Jonathan A. Braun, Esquire
Vice President
Key Equipment Finance Inc.
1000 South McCaslin Boulevard
Superior, CO 80027

(WXT, Inc.)
Barry E Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

(Ad Hoc Committee of Noteholders)
Richard F. Chaser, Esquire
Athena F. Foley, Esquire
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799

(Constellation NewEnergy, Inc. &
   Blackhawk Energy Services LLC)
Maria Ellena Chavez-Ruark, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

(Oracle)
Shawn M. Christianson, Esquire
Craig C. Chiang, Esquire
Buchalter Nemer Fields & Younger
333 Market Street, 25th Floor
San Franciso, CA 94105-2130

(Member Official Comnmittee of
   Unsecured Creditors)
Claren Road Asset Management
ATTN: Trent Roderick Porter
900 Third Avenue, Suite 1401
New York, NY 10022

(JPMorgan Chase Bank, NA, administrative agent)
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

(Con-Way Freight)
Ms. Susan de la Cruz
Credit/Collection Manager
Con-way Frieght
5555 Rufe Snow Drive, Suite 5515
North Richland Hills, TX  76180

Bruce S. Dickinson, Esquire
Stephenson & Dickinson
2820 West Charleston Boulevard, Suite 19
Las Vegas, NV  89102

(Harris Co.; Houston & Cypress - Fairbanks ISD)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX  77253-3064

(Brad Itzkowitz)
Arthur Dombek, Esquire
Ehrenreich & Associates
526 Superiour Avenue, NE, Suite 1130
Cleveland, OH  44114

(The Bank of New York, Indenture Trustee)
Julie M. Donoghue, Esquire
The Stewart Law Firm
1007 Orange Street, Suite 1410
Wilmington, DE  19801

(Toyota Motor Credit)
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. DuPont Highway, Suite 110
PO Box 617
Odessa, DE  19730

(Erica Stewart)
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE  19801

(Corporate Property Assoc.; Corporate Property Assoc. 9 LP; W.P. Carey & Co. LLC; Levine Leichtman Capital Parnters, III LP)
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

(Werner Parties)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 North Market Street, Suite 800
Wilmington, DE  19801

(Debtors)
Matthew A. Feldman, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

(Constellation NewEnergy, Inc.; Blackhawk Energy Services LLC; Yellow Freight Systems, Inc.)
David L. Finger, Esquire
Finger & Slanina LLC
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

(Restructuring Consultants)
Mr. Patrick J. Fodale
Managing Director
Loughlin Meghli & Company
148 Madison Avenue, Suite 800
New York, NY  10016

(St. Paul Travelers)
Mr. Scot Freeman
Case Manager - Account Resolution
St. Paul Travelers
1 Tower Square - 5MN
Hartford, CT  06183-4044

# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

Nathan M. Fuchs
New York Regional Office
Securities & Exchange Commission
233 Broadway
New York, NY 10279

(JPMorgan Chase Bank, NA, administrative agent)
Steven M. Fuhrman, Esquire
Robert H. Trust, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3945

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

(Credit Suisse Cayma Island Branch – Second Lien Lenders)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

(United Steel, Paper & Forestry, Rubber, Manufacturing, Energy; Allied Industrial & Service Workers International Union)
David R. Jury, Esquire
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

(United Steel, Paper & Forestry, Rubber, Manufacturing, Energy; Allied Industrial & Service; Workers International Union)
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman LLP
800 King Street, Suite 303
PO Box 1674
Wilmington, DE 19801

(Office of the United States Trustee)
Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

(Claims Agent)
Mr. Eric S. Kurtzman
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

(Pension Benefit Guaranty Corporation)
Deva A. Kyle, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005-4026

(Venture Plastics Inc.)
Jeffrey M. Levinson, Esquire
Leah M. Caplan, Esquire
Margulies & Levinson LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

(Official Committee of Unsecured Creditors)
Monica L. Loftin, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

(Jeffrey Lapp)
Kevin Mann, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19801

(Everest Indemnity Insurance)
David P. McClain, Esquire
McClain Maney & Patchin PC
South Tower Pennzoil Place
711 Louisiana, Suite 3100
Houston, TX 77002

# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

(Wells Fargo Financial Leasing, Inc.;
    Jefferies & Company Inc.)
Kathleen M. Miller, Esquire
Smith Katzenstein & Fulow LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE 19899

(Ad Hoc Committee of Noteholders)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899-1266

(Committee of Unsecured Creditors)
Nancy Mitchell, Esquire
Greenberg Traurig
77 West Wacker Drive, Suite 2500, 35th Floor
Chicago, IL 60601

(Ad Hoc Committee of Holders of
    2nd Lien Claims)
Robert Jay Moore, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Sheryl L. Moreau, Esquire
Office of the Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

(Member Official Committee of
    Unsecured Creditors)
Pension Benefit Company Corp.
ATTN: Adi Berger
1200 "K" Street, NW
Washington, DC 20005

(Top 30 Creditor)
PNC Advisors (Trustee Qual. Pension Plan)
ATTN: Peter Ferrise
620 Liberty Avenue, 4th Floor
Two PNC Plaza
Pittsburgh, PA 15222

(Lenders - Black Diamond Commercial
    Finance LLC)
Timothy R. Pohl, Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

(Member Official Committee of Unsecured
    Creditors)
ReCap International (BVI) Ltd.
c/o Murray Capital Management, Inc.
Attn: Joseph Galzerano
680 Fifth Avenue, 26th Floor
New York, NY 10019

(Jefferies & Company Inc.)
Susheel Kirpalani, Esquire
James C. Teece, Esquire
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

(HALNA)
Thomas D. Renda, Esquire
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202

(Owens Corning)
H. Buswell Roberts, Jr., Esquire
Shumaker Loop & Kendrick LLP
1000 Jackson Street
Toledo, OH 43624-1573

# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

(Office of Unemployment Compensation Tax
    Services, Department of Labor & Industry,)
Ms. Sharon L. Royer
Department of Labor & Industry
Commonwelath of Pennsylvania
1171 South Cameron Street, Room 312
Harrisburg Bankruptcy & Compliance
Harrisburg, PA  17104-2513

(Member Official Committee of Unsecured
    Creditors)
Saint-Gobain Vetrotex America, Inc.
ATTN:  Thomas L. Fitzpatrick
1 New Bond Street
Worcester, MA  01615

Ms. Bonita Sanchez
Los Angeles County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA  90054-0110

Jason D. Schauer, Esquire
Levine Leichtman Capital Partners
335 North Maple Drive, Suite 240
Beverly Hills, CA  90210

Secretary of State
Franchise Tax
Division of Corporations
Carvel State Office Building
820 N. French Street, 4th Floor
Wilmington, DE  19801

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street, Suite 3
Dover, DE  19901

Secretary of Treasury
1500 Pennsylvania Avenue, NW, Room 2134
Washington, DC  20020

Securities & Exchange Commission
Office of Investor Education & Assistance
1000 "F" Street, NE
Washington, DC  20549

Ms. Beverly H. Shideler
BS8399
IMB Corporation
Two Lincoln Centre
Oakbroock Terrace, IL  60181

Ellen W. Slights, Esquire
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899

(Corporate Property Associates; Corporate Property
    Associates 9, LP; W.P. Carey & Co. LLC)
Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

(Charles & Michelle Jacobs)
Steven Stambaugh, Esquire
2121 South Queen Street
York, PA  17403

(Trade Associates, Inc.)
Jerry N. Stehlik, Esquire
Bucknell Stehlik Sato & Stubner LLP
2003 Western Avenue, Suite 400
Seattle, WA  98121

(Yellow Freight Systems, Inc.)
Rick A. Steinberg, Esquire
Nowell Amoroso Klein Bierman PA
155 Polifly Road
Hackensack, NJ  07601

(Robert Gormley)
Jonathan Sweet, Esquire
John & Ebenezer Hancock House
Swartz & Swartz
10 Marshall Street
Boston, MA  02108

**WERNER HOLDING CO. (DE), INC.**
**SERVICE LIST**

(Member Official Committee of
  Unsecured Creditors)
Venture Plastics Inc.
Vice President & General Manager
ATTN: Steve Trapp
4000 Warren Road
PO Box 249
Newton Falls, OH 44444

(Committee of Unsecured Creditors)
Diane Vuocolo
Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

(Dallas County)
Elizabeth Weller, Esquire
Monica McCoy-Purdy, Esquire
Edward Lopez, Jr., Esquire
Linebarger Heard Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691

(Debtors)
Werner Holding Co. (DE), Inc.
ATTN: Eric Werner & Larry V. Friend
93 Werner Road
Greenville, PA 16125-9499

(Member Official Committee of Unsecured
  Creditors)
WXP Inc.-PS3 Sales
ATTN: John E. Thigpen, President
93 Werner Road, Building A
Greenville, PA 16125

(The Bank of New York, as Indenture Trustee)
Edward P. Zujkowski, Esquire
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271

(Home Depot USA Inc.)
T. Tucker Hobgood, Esquire
Johnson & Hobgood LLC
600 Galleria Parkway, Suite 950
Atlanta, GA 30339

(Leonard Green & Partners LP)
Marc W. Rappel, Esquire
Elliot B. Gipson, Esquire
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
marc.rappel@lw.com
elliot.gipson@lw.com

Maureen D'Alleva, Esquire
Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Marueen A. McGreevey, Esquire
Corporate Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

(Citicorp Del-Lease Inc. d/b/a
  Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Farr Burke Gambacorta & Wright PC
1000 Atrium Way, Suite 401
Mount Laurel, NJ 08054

(Loughlin Meghji & Co. Assoc. Inc.)
Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
rdehney@mnat.com
gwerkheiser@mnat.com
cmiller@mnat.com

# WERNER HOLDING CO. (DE), INC.
## SERVICE LIST

(General Electric Capital Corp.)
Carrie Ann Rohrscheib, Esquire
Husch & Eppenberger LLC
200 Jefferson Avenue, Suite 1450
Memphis, TN 38103

(County of Merced, CA)
Karen D. Adams CPA
Treasurer-Tax Collector
2222 "M" Street
Merced, CA 95340

(GE Capital Corporation)
Marshall C. Turner, Esquire
Husch & Eppenberger LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Lubrication Engineers Inc.
PO Box 16447
Wichita, KS 67216

(Brencourt Advisors LLC)
George A. Davis, Esquire
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

(Tom Scott, DeKalb County Tax
   Commissioner; DeKalb County, GA)
Mark A. Thompson
Senior Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

Cornelius R. Watson
PO Box 921
Rutherford College, NC 28671

(Investcorp International Inc.)
Anthony W. Clark, Esquire
Jason M. Liberi, Esquire
Skadden Arps Sate Meagher & Flom LLP
PO Box 636
Wilmington, DE 19899-0636

(Craig R. Werner; Eric J. Werner)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Steven R. Thornton, Esquire
Warshauer Poe & Thornton PC
3350 Rivrwood Parkway, Suite 2000
Atlanta, GA 30339

(Levine Leichtman Capital Partners III LP)
Samuel H. Israel, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291