IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| OLD LADDER CO. (DE), INC., | ) Case No. 06-10578 (KJC) |
| (f/k/a WERNER HOLDING CO. (DE), INC.),[1] | ) |
| et al., | ) Jointly Administered |
| Debtors. | ) |
|  | ) Related to D.I. 2052 |

## ORDER APPROVING THE FINAL APPLICATION OF ROTHSCHILD INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *Final Application for Compensation and Reimbursement of Expenses* of Rothschild Inc., a professional retained by the above-captioned debtors and debtors in possession (the "Debtors") in these chapter 11 cases, for final approval of compensation and reimbursement of expenses (the "Fee Requests"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the corresponding requirements of this Court's Local Rules, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED, that the Fee Requests are hereby APPROVED on a final basis in the amount of $3,711,008.20 in fees and in the amount of $507,911.00 in expenses (the "Approved Fees"); and it is further

---

[1] The Debtors in the Chapter 11 Cases are now known as Old Ladder Co. (PA), Inc.; Old Ladder Co. (DE), Inc.; Old Ladder Co.; and Old Ladder Technologies Inc.

ORDERED, that the Debtors and/or New Werner Holding Co. (DE), LLC, as applicable, are authorized and directed to remit payment of the Approved Fees to Rothschild Inc. less any amounts previously paid on account of such fees and expenses.

Dated: __Feb 26__, 2008

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE