IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OLD LADDER CO. (DE), INC. ) | |
| f/k/a WERNER HOLDING CO. (DE), INC., et al., ) | Case No. 06-10578 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related Docket No. 3198 |

### ORDER GRANTING OMAR WHITEMAN AND CARLA WHITEMAN RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Upon the Motion for Relief from Automatic Stay filed by Creditors, Omar Whiteman and Carla Whiteman, pursuant 11 U.S.C. § 362 (the "Motion"); and after careful deliberation, this Court finds that sufficient cause exists for granting the relief requested by the parties under the Stipulation.

Therefore it is hereby:

**ORDERED** that the Whitemans are granted, on a limited basis, to relief from Automatic Stay, pursuant to 11 U.S.C. § 362, and under the Plan and Confirmation Order provisions to permit the Whitemans to seek to liquidate their claims, as defined in the Motion, against any applicable insurance policies and/or coverage, if any exist, provided, however, that the Whitemans shall limit any claims for recovery against the Debtors, the Liquidation Trust and/or the Debtors' bankrupt estates solely to the extent of any available and applicable insurance coverage; and it is further

**ORDERED** that, in the event of the Whitemans determine that there is no available insurance coverage under the Debtors' liability policies, to the extent the Whitemans subsequently desire to pursue claims against the Debtors, the Debtors' estates and/or the Liquidation Trust, the Whitemans shall be required to and may seek additional relief in the

Bankruptcy Court and any attempts by the Whitemans to liquidate any such claims against the Debtors, the Liquidation Trust, and/or the Debtors' Estates must be in the Bankruptcy Court and the Bankruptcy Court shall retain the exclusive jurisdiction to determine the validity, priority and nature of any such claims; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related and this Order.

Dated: Feb 18, 2015
Wilmington, DE

The Honorable Kevin J. Carey
United States Bankruptcy Judge