**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OLD LADDER CO. (DE), INC.<br>f/k/a WERNER HOLDING CO. (DE), INC.,<br>et al.<br><br>Debtors | Chapter 11<br><br>Case No.:  06-10578 (KJC)<br>(Jointly Administered) |

**ORDER SUR:**
**MOTION FOR RELIEF FROM STAY TO ALLOW DETERMINATION OF**
**STATE-COURT CROSS CLAIMS AGAINST OLD LADDER CO.**

AND NOW, this _____ day of _____, 2016, upon consideration of the above-referenced Motion (the "Motion") of True Value Company, TruServ Corporation, Servistar Coast to Coast Corporation, Servistar Corporation, Coast to Coast Corporation, and Cotter & Co. (collectively, the "True Value Parties"), and any response thereto, it is hereby ORDERED that the Motion is GRANTED as follows:

The automatic stay imposed by 11 U.S.C. § 362, and any injunctive provisions of the the confirmed Plan and Confirmation Order, are hereby lifted and modified for the limited purposes of allowing the True Value Parties to litigate their cross claims against Old Ladder Col, and the Liquidation Trust in the lawsuit in the Philadelphia Court of Common Pleas, styled as Raza et al. v. New Werner Holding Company, Inc., et. al., December Term, 2010 No. 001073 (the "Philadelphia Action"), including taking any actions related to bringing those claims to a final determination by Philadelphia court and any appeals from such a determination.

BY THE COURT

_____
J.