## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )   Chapter 11 |
| | )   Case No. 06-10578 (BLS) |
| | ) |
| OLD LADDER CO. (DE), INC. | ) |
| f/k/a WERNER HOLDING CO. (DE), INC., et al., | ) |
| | )   (Jointly Administered) |
| Debtors. | ) |
| | )   **Ref. Docket No. 3378** |

### ORDER AND FINAL DECREE CLOSING THE CHAPTER 11 CASES

Upon the Motion[1] dated July 14, 2021, filed by Charles A. Stanziale, Jr. as Liquidating Trustee in the above-captioned chapter 11 cases, under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022 and Del. Bankr. L.R. 3022-1 for an order and final decree closing these chapter 11 cases; and it appearing that the Debtors' cases have been fully administered within the meaning of section 350 of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1(a); and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Bankruptcy Court having jurisdiction of this matter; and the legal and factual bases stated in the Motion having established just cause for the relief requested in the Motion; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1, effective as of the date of entry of this Order and Final Decree, the chapter 11 cases of the Debtors hereby are closed.

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**Error! Unknown document property name.**

3.      To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid by the Liquidating Trustee within thirty days after the date of entry of this Order and Final Decree.

4.      Upon entry of this Order, Kurtzman Carson Consultants, LLC, as the claims and noticing agent, is relieved of its responsibilities as the claims and noticing agent in this chapter 11 case; *provided* that Agent shall provide the services described in this paragraph. In accordance with Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Order, the Agent shall (a) forward to the Clerk of the Bankruptcy Court an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, (c) docket a combined final claims register containing claims against each Debtor, and (d) box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

5.      The Liquidating Trustee is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Order and Final Decree.

6.      The Clerk of the Bankruptcy Court shall enter this Order and Final Decree on the dockets of Debtors' cases and thereafter such dockets shall be marked as "Closed."

7.      Notwithstanding any stay that might be applicable to this Order and Final Decree, this Order and Final Decree shall be effective and enforceable immediately upon entry hereof.

8.      The Bankruptcy Court shall retain jurisdiction as appropriate to construe and enforce the terms of this Order and Final Decree.

Dated: August 2nd, 2021
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Error! Unknown document property name.